# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNY NINIVAGGI, MICHAEL NINIVAGGI, TODD MICKEY, JAKE MICKEY, JAMES NIGRELLI and CAILIN NIGRELLI, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNIVERSITY OF DELAWARE,<br><br>*Defendant*. | Civil Action No. 1:20-cv-01478-MN |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Sarah N. Westcot to represent Plaintiffs Penny Ninivaggi, Michael Ninivaggi, Todd Mickey, Jake Mickey, James Nigrelli and Cailin Nigrelli in the above-captioned matter.

Dated: April 27, 2021

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**

*/s/ Robert J. Kriner, Jr.*
Robert J. Kriner, Jr. (#2546)
Scott M. Tucker (#4925)
2711 Centerville Road, Suite 201
Wilmington, DE 19808
(302) 656-2500

*Attorneys for Plaintiffs*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Sarah N. Westcot is granted.

Dated: _____         _____
                                                                  United States District Judge

2

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Florida and California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been ☐ paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: April 27, 2021                              */s/ Sarah N. Westcot*
                                                   **BURSOR & FISHER, P.A.**
                                                   Sarah N. Westcot
                                                   701 Brickell Ave, Suite 1420
                                                   Miami, FL 33131
                                                   Telephone: (305) 330-5512
                                                   Facsimile: (212) 989-9163
                                                   Email: swestcot@bursor.com