...

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF DELAWARE

| | |
|---|---|
| PENNY NINIVAGGI et al., individually and on behalf of all others similarly situated, | Civil Action No. 20-cv-1478-SB |
| *Plaintiffs*, | |
| v. | |
| UNIVERSITY OF DELAWARE, | |
| *Defendant*. | |
| HANNAH RUSSO, individually and on behalf of all others similarly situated, | Civil Action No. 20-cv-1693-SB |
| *Plaintiff*, | |
| v. | |
| UNIVRESITY OF DELAWARE, | |
| *Defendant*. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 6, 2021, Plaintiffs Penny Ninivaggi, Michael Ninivaggi, Cailin Nigrelli, James Nigrelli, Todd Mickey, Jake Mickey, and Hannah Russo served *Plaintiffs' Initial Disclosures* on the following counsel of record, via electronic mail:

James D. Taylor, Jr., Esq.
Charles E. Davis, Esq.
Aubrey J. Morin, Esq.
SAUL EWING ARNSTEIN & LEHR, LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
James.taylor@saul.com
Chad.davis@saul.com
Aubrey.morin@saul.com

Dated: October 6, 2021

**CROSS & SIMON, LLC**

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)
Michael L. Vild (No. 3042)
1105 N. Market Street, Suite 901
P.O. Box 1380
Wilmington, Delaware 19801-1380
Tel: (302) 777-4200
Email: csimon@crosslaw.com
         mvild@crosslaw.com

-AND-

**ANASTOPOULO LAW FIRM, LLC**
Eric M. Poulin (*Pro Hac Vice*)
Roy T. Willey, IV (*Pro Hac Vice*)
Blake G. Abbott (*Pro Hac Vice*)
32 Ann Street
Charleston, SC 29403
Tel: (843) 614-8888
Email: eric@akimlawfirm.com
         roy@akimlawfirm.com
         blake@akimlawfirm.com

-AND-

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
Robert J. Kriner, Jr. (#2546)
Scott M. Tucker (#4925)
2711 Centerville Rd., Suite 201
Wilmington, DE 19808
Tel: (302) 656-2500

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Facsimile: (212) 989-9163
Email: jarisohn@bursor.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot
2665 S. Bayshore Drive, Suite 220
Miami, FL 33133
Tel: (305) 330-5512
Facsimile: (305) 676-9006
Email: swestcot@bursor.com

*ATTORNEYS FOR PLAINTIFFS*