**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE**

| | |
|---|---|
| MICHAEL NINIVAGGI, JAKE MICKEY and CAILIN NIGRELLI, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNIVERSITY OF DELAWARE, <br><br> *Defendant*. | Civil Action No. 20-cv-1478-SB |
| HANNAH RUSSO, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> UNIVERSITY OF DELAWARE, <br><br> *Defendant*. | Civil Action No. 20-cv-1693-SB |

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

AND NOW, this ____ day of _____, 2022, upon consideration of Plaintiffs' Motion For Class Certification, and any response thereto, it is hereby ORDERED that Plaintiffs' Motion is GRANTED.  The Court hereby certifies a class defined as: "All undergraduate students enrolled in classes at the University of Delaware during the Spring 2020 semester who paid tuition."  In addition, the Court appoints Plaintiffs as class representatives and Plaintiffs' counsel as class counsel.

**IT IS SO ORDERED**

_____
The Honorable Stephanos Bibas
UNITED STATES CIRCUIT JUDGE