## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNY NINIVAGGI et al., individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNIVERSITY OF DELAWARE,<br><br>*Defendant.* | Civil Action No. 20-cv-1478-SB<br><br>PUBLIC VERSION<br>FILED 9/2/2022 |
| HANNAH RUSSO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>UNIVERSITY OF DELAWARE,<br><br>*Defendant.* | Civil Action No. 20-cv-1693-SB |

### DECLARATION OF JAMES D. TAYLOR, Jr.

Pursuant to 10 Del. C. § 3927, James D. Taylor, Jr. hereby declares:

1.      I am an attorney admitted to practice law before this Court.  I am a partner at the law firm of Saul Ewing Arnstein & Lehr LLP, counsel for Defendant University of Delawre.  I submit this declaration in support of Defendant's Opposition to Plaintiffs' Motion for Class Certification.

2.      To the best of my knowledge, information and belief, true and correct copies of the following documents are attached hereto as follows:

| Ex. No. | Description |
|---|---|
| 3 | Portions of Undergraduate Catalog bates stamped UD  188080 to UD  188092 |
| 4 | Portions of Graduate Catalog bates stamped UD  0189921 to UD  0189930 |
| 5 | ███████████████████████████████████ |

| 6 | March 13, 2020 letter from Governor Carney bates stamped UD_0239835-UD_0239836 |
|---|---|
| 7 | Governor Carney's Second Modification to the Declaration of State of Emergency bates stamped UD_0239806 to UD_0239810 |
| 8 | Governor Carney's Fourth Modification of the Declaration of a State of Emergency bates stamped UD_0239750 to UD_0239767 and UD_0239689-UD_0239694 |
| 9 | Governor Carney's Fifth Modification of the Declaration of a State of Emergency bates stamped UD_0239732 to UD_0239738 |
| 10 | University of Delaware Academic Calendar 2019-2020 bates stamped UD_189403 to UD_189404 |
| 11 | University of Delaware revised Academic Calendar 2019-2020 bates stamped UD_0189593 |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 29 | |
| 30 | |
| 31 | |
| 34 | |
| 35 | Defendant's First Set of Requests for Admissions |
| 36 | Defendant's Second Set of Requests for Admissions |
| 37 | Plaintiffs' Responses to Defendant's First Set of Requests for Admissions |
| 38 | Plaintiffs' Responses to Defendant's Second Set of Requests for Admissions |
| 40 | Facts and Figures from University of Delaware Web Site |
| 42 | Declaration of Colin B. Weir |
| 44 | |
| 45 | |
| 46 | |
| 47 | |
| 48 | |
| 49 | |
| 50 | |

51

SAUL EWING ARNSTEIN & LEHR LLP

/s/*James D. Taylor, Jr.*
James D. Taylor, Jr. (#4009)
Marisa R. De Feo (#6778)
Juliana G. Clifton (#6980)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
(302) 421-6800
James.taylor@saul.com
Marisa.defeo@saul.com

OF COUNSEL                                  *Counsel for Defendant University of Delaware*

Jonathan A. Singer (*admitted pro hac vice*)
SAUL EWING ARNSTEIN & LEHR LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
(410) 332-8690


Dated: August 26, 2022

40444743 1