# EXHIBIT 10

PUBLIC VERSION FILED 9/2/2022

## University of Delaware
## 2019-2020 ACADEMIC YEAR CALENDAR

| **Graduate Accelerated Session Calendar** may be found here. | Information on religious observances at bottom of calendar. |
|---|---|

FOR THE MOST UP-TO-DATE INFORMATION, PLEASE REFER TO THE ONLINE CALENDAR, RATHER THAN A PRINTED VERSION. PREPARED BY THE OFFICE OF THE UNIVERSITY REGISTRAR.  FOR QUESTIONS OR COMMENTS:   registrar@udel.edu        11/01/2019

### Fall Semester 2019

| | | |
|---|---|---|
| Apr 15 | Mon | Fall book orders are due by faculty to the UD Bookstore |
| Apr 22 | Mon | Registration begins for Fall Semester 2019 |
| May 1 | Wed | Undergraduate admission application deadline for first year students entering Fall semester |
| May 1 | Wed | Admissions deposit deadline for admitted freshmen |
| Jun 25 | Tue | New Student Orientation begins |
| Jul 1 | Mon | Deadline for graduate admission applications for Fall 2019. Most programs have earlier deadlines. |
| Jul 24 | Wed | New Student Orientation ends |
| Aug 1 | Thu | Undergraduate tuition/fee payment deadline for Fall 2019 |
| Aug 22-23 | | International Student Orientation |
| Aug 24-26 | | 1743 Welcome Days for new students |
| Aug 24 | Sat | Residence hall check-in for new students; 8:00 a.m. to 2:00 p.m. |
| Aug 24 | Sat | First meal in dining halls for new students - lunch |
| Aug 25 | Sun | Residence hall check-in for returning students 8:00 a.m. to 4:00 p.m. |
| Aug 25 | Sun | First meal in dining halls for returning students - dinner |
| Aug 26 | Mon | Academic Orientations |
| Aug 26 | Mon | Residence hall check-in for returning students: 11:00 a.m. to 3:00 p.m. |
| Aug 26 | Mon | Last day to apply for readmission for Fall 2019 |
| Aug 27 | Tue | Classes begin at 8:00 a.m. |
| Aug 27 | Tue | Graduate/PCS tuition/fee payment deadline for Fall 2019. Classes subject to cancellation after this date. |
| Aug 30 | Fri | Deadline for admission to doctoral candidacy for degrees to be conferred in December 2019 or February 2020 |
| Sep 2 | Mon | Labor Day Holiday- University offices closed; classes suspended. |
| Sep 10 | Tue | Last day to add or drop courses.  After this date, no tuition will be rebated and a $25 processing fee will be charged for change of registration; students withdrawing from courses will receive a grade of 'W' on permanent record. |
| Sep 10 | Tue | Last day to apply for a leave of absence for Fall 2019 |
| Sep 10 | Tue | Deadline for changing dining plan |
| Sep 10 | Tue | **UNDERGRADUATE STUDENTS** - Deadline for completion of deferred examinations and incomplete work (grade I) from Spring Semester 2019 and 2019 Summer Sessions. |
| Sep 16 | Mon | Winter 2020 book orders are due by faculty to UD Bookstore. |
| Sep 16 | Mon | Deadline for filing application for graduate degrees to be conferred in December 2019 |
| Oct 11 | Fri | Fall Break/ Blue Hen Re-Coop Day, classes suspended |
| Oct 11 | Fri | Deadline for midterm grades to be posted in UDSIS |
| Oct 15 | Tue | Spring 2020 book orders are due by Faculty to UD Bookstore. |
| Oct 22 | Tue | Last day to change registration or to withdraw from courses without academic penalty for Fall 2019. |
| Oct 22 | Tue | **GRADUATE STUDENTS** - Deadline for completion of deferred examinations and incomplete work (grade I) from Spring Semester 2019 and 2019 Summer Sessions. |
| Oct 28 | Mon | Registration begins for Winter Session 2020 |
| Nov 11 | Mon | Registration begins for Spring Semester 2020 |
| Nov 14 | Thu | Deadline for receipt of doctoral dissertations and education leadership portfolios for degrees to be conferred in December 2019. |
| Nov. 14 | Thu | Deadline for receipt of master's theses for degrees to be conferred in December 2019 |
| Nov 22 | Fri | Thanksgiving break begins after last class; classes end at 10 p.m. Residence Halls close at 7:00 p.m. |
| Nov 22 | Fri | Last meal in dining halls before Thanksgiving Break - lunch |
| Nov 25-29 | | Classes suspended Monday through Friday for Thanksgiving break |
| Nov 28 | Thu | Holiday - University offices closed. |
| Nov 29 | Fri | Holiday - University offices closed. |
| Dec 1 | Sun | Residence halls re-open |
| Dec 1 | Sun | First meal in dining halls after Thanksgiving break- dinner |
| Dec 2 | Mon | Classes resume following Thanksgiving break |
| Dec 2 | Mon | Deadline for graduate admission applications for Spring 2020. |

| | | |
|---|---|---|
| Dec 2 | Mon | Deadline for filing application for graduate degrees to be conferred in February 2020. |
| Dec 5 | Thu | Last day of classes, classes end at 10:00 p.m. |
| Dec 5 | Thu | Last day for medical leave of absence to be processed |
| Dec 6 | Fri | Reading Day: no examinations scheduled |
| Dec 9 | Mon | Final examinations begin |
| Dec 14 | Sat | Final examinations end. Residence halls close at 10:00 p.m. |
| Dec 14 | Sat | Last meal in dining halls - dinner |
| Dec 18 | Wed | Deadline for 2019 Fall semester grades to be posted to UDSIS |

### Winter Session 2020

| | | |
|---|---|---|
| Sep 16 | Mon | Winter book orders are due by faculty to the UD Bookstore |
| Oct 28 | Mon | Registration begins for Winter Session 2020 |
| Jan 5 | Sun | Residence hall check-in (5-week classes) Noon to 6:00 p.m. |
| Jan 5 | Sun | First meal in dining halls - dinner |
| Jan 6 | Mon | Classes begin at 8:00 a.m.  (5-week classes)  Residence hall check-in for Winter Session walk-ins, 9:00 a.m. to 3.00 p.m. |
| Jan 6 | Mon | Tuition/fee payment deadline for Winter Session 2020. |
| Jan 9 | Thu | Last day to add or drop courses.  (5-week classes)  After this date, no tuition will be rebated and a $25 processing fee will be charged for change of registration; students withdrawing from courses will receive a grade of 'W' on permanent record. |
| Jan 9 | Thu | Deadline for changing dining plan – 5-week meal plan. |
| Jan 12 | Sun | Residence Hall check-in (4-week classes) Noon to 6:00 p.m. |
| Jan 13 | Mon | Classes begin at 8:00 a.m.  (4-week classes)  Residence hall check-in for Winter Session walk-ins, 9:00 a.m. to 3.00 p.m. |
| Jan 15 | Wed | Deadline for receipt of dissertations, education leadership portfolios and master's theses for degrees to be conferred in February 2020. |
| Jan 16 | Thu | Last day to add or drop courses.  (4-week classes)  After this date, no tuition will be rebated and a $25 processing fee will be charged for change of registration; students withdrawing from courses will receive a grade of 'W' on permanent record. |
| Jan 16 | Thu | Deadline for changing dining plan – 4-week meal plan |
| Jan 20 | Mon | Martin Luther King Holiday - classes suspended; University offices closed. |
| Jan 24 | Fri | Last day to change registration or withdraw.  (5-week classes) |
| Jan 28 | Tue | Last day to change registration or withdraw.  (4-week classes) |
| Feb 7 | Fri | Last day of classes |
| Feb 8 | Sat | Final examinations.  Students leaving after Winter Session must checkout of residence hall by 6:00 p.m. |
| Feb 8 | Sat | Last meal in dining halls – dinner |
| Feb 12 | Wed | Deadline for winter session grades to be posted to UDSIS |

### Spring Semester 2020

| | | |
|---|---|---|
| Oct 15 | Tue | Spring book orders are due by faculty to the UD Bookstore. |
| Nov 1 | Fri | Undergraduate admission application deadline for first year and transfer students entering Spring Semester 2020. |
| Nov 11 | Mon | Registration begins for Spring Semester 2020 |
| Dec 2 | Mon | Deadline for graduate admission applications for Spring 2020 |
| Feb 6 | Mon | Undergraduate Tuition/fee payment deadline for Spring 2020 |
| Feb 7 | Fri | Winter International New Student Orientation |
| Feb 7 | Fri | Winter New Student Orientation |
| Feb 7 | Fri | Last day to apply for readmission for Spring 2020 |
| Feb 9 | Sun | Residence hall check-in noon to 6:00 p.m. |
| Feb 9 | Sun | First meal in dining halls – brunch |
| Feb 10 | Mon | Classes begin at 8:00 a.m.  Residence hall check-in 11:00 a.m. - 3:00 p.m. |
| Feb 10 | Mon | Graduate/PCS tuition/fee payment deadline for Spring 2020. Classes subject to cancellation after this date. |
| Feb 14 | Fri | Deadline for filing application for graduate degrees to be conferred in May 2020. |
| Feb 21 | Fri | Last day to add or drop courses.  After this date, no tuition will be rebated and a $25 processing fee will be charged for change of registration; students withdrawing from courses will receive a grade of 'W' on permanent record. |
| Feb 21 | Fri | Last day to apply for a leave of absence for Spring 2020 |
| Feb 21 | Fri | Deadline for changing dining plan |

| Feb 21 | Fri | **UNDERGRADUATE STUDENTS** - Deadline for completion of deferred examinations and incomplete work (grade I) from Fall Semester 2019, and Winter Session 2020. |
|---|---|---|
| Feb 24 | Mon | Deadline for admission to doctoral candidacy for degrees conferred in May 2020. |
| Mar 16 | Mon | Summer 2020 book orders are due by faculty to UD Bookstore. |
| Mar 23 | Mon | **GRADUATE STUDENTS** - Deadline for completion of deferred examinations and incomplete work (grade I) from Fall Semester 2019 and Winter Session 2020. |
| Mar 27 | Fri | Deadline for midterm grades to be posted to UDSIS |
| Mar 27 | Fri | Spring break begins after last scheduled class; Residence halls close at 7:00 p.m. |
| Mar 27 | Fri | Last meal in dining halls before Spring break - dinner |
| Apr 5 | Sun | Residence halls re-open at noon. |
| Apr 5 | Sun | First meal in dining halls after Spring break - dinner |
| Apr 6 | Mon | Classes resume after Spring break at 8:00 a.m. |
| Apr 6 | Mon | Registration for 2020 Summer Sessions begins |
| Apr 6 | Mon | Deadline for graduate admission applications for June 2020. |
| Apr 13 | Mon | Last day to change registration or to withdraw from courses without academic penalty for Spring 2020 |
| Apr 13 | Mon | Deadline for receipt of doctoral dissertations and education leadership portfolios for degrees conferred in May 2020. |
| Apr 15 | Wed | Fall 2020 book orders are due by Faculty to UD Bookstore. |
| Apr 20 | Mon | Registration begins for Fall Semester 2020 |
| Apr 20 | Mon | Deadline for receipt of master's thesis for degrees to be conferred in May 2020. |
| May 1 | Fri | Undergraduate admission application deadline for first year students entering Fall 2020 |
| May 1 | Fri | Admissions deposit deadline for first year students |
| May 1 | Fri | Deadline for admission to doctoral candidacy for degrees to be conferred in August 2020. |
| May 4 | Mon | Deadline for filing application for graduate degrees to be conferred in August 2020. |
| May 18 | Mon | Last class day; classes end at 10:00 p.m. |
| May 18 | Mon | Last day for medical leave of absence to be processed |
| May 19 | Tue | Reading Day, no examinations scheduled. |
| May 20 | Wed | Final examinations begin. |
| May 25 | Mon | Memorial Day observed; no exams, offices closed |
| May 28 | Thu | Final examinations end. Residence Halls close at 10:00 p.m. (except for graduating students). |
| May 28 | Thu | Last meal in dining halls - dinner |
| May 29 | Fri | Honors degree breakfast, Doctoral Hooding and some college convocations. |
| May 30 | Sat | Commencement followed by remaining college convocations. |
| May 30 | Sat | Residence halls close at 6:00 p.m. for graduating students. |
| Jun 1 | Mon | Deadline for Spring semester grades to be posted to UDSIS |
| Jun 5 | Fri | Alumni Weekend begins |

## First Summer Session 2020

| Mar 16 | Mon | Summer book orders are due by faculty to the UD Bookstore. |
|---|---|---|
| Apr 6 | Mon | Registration for 2020 Summer Sessions begins |
| May 1 | Fri | Deadline for admission to doctoral candidacy for degrees to be conferred in August 2020. |
| May 4 | Mon | Deadline for filing application for graduate degrees to be conferred in August 2020. |
| Jun 7 | Sun | Residence hall check-in for 5 and 7½ week sessions, noon to 5 p.m. |
| Jun 7 | Sun | First meal in dining halls - dinner |
| Jun 8 | Mon | Classes begin at 8:00 a.m. - First Summer Session |

| Jun 8 | Mon | Tuition/fee payment deadline First Summer Session |
|---|---|---|
| Jun 11 | Thu | Last day to add or drop courses for First Summer Session. After this date, no tuition will be rebated and a $25 processing fee will be charged for change of registration; students withdrawing from courses will receive a grade of 'W' on permanent record. |
| Jun 11 | Thu | Deadline for change in Dining plan. |
| Jun 25 | Thu | Last day to change registration or to withdraw from courses - first summer session (5-week course). |
| Jul 1 | Wed | Deadline for graduate admission applications for Fall 2020. Most programs have earlier deadlines. |
| Jul 3 | Fri | Independence Day Holiday observed; Classes suspended; University Offices closed.  All dining services are closed. |
| Jul 7 | Tue | Last day to change registration or to withdraw from courses - first summer session (7½-week course). |
| Jul 10 | Fri | Classes end – 5-week Summer Session. |
| Jul 11 | Sat | Final examinations- 5-week Summer Session.  Students attending 5-week summer session to check out of residence halls by 7:00 p.m. |
| Jul 15 | Wed | Deadline for 5-week Summer Session grades to be posted to UDSIS. |
| Jul 27 | Mon | Classes end – 7½-week Summer Session classes meeting Monday/Wednesday. |
| Jul 28 | Tue | Classes end – 7½-week Summer Session classes meeting Tuesday/Thursday. |
| Jul 29 | Wed | Final exams - 7½-week Summer Session classes meeting Monday/Wednesday. |
| Jul 30 | Thu | Final exams - 7½-week Summer Session classes meeting Tuesday/Thursday.  Students attending 7½-week sessions to check out of residence halls by 7:00 p.m. |
| Aug 3 | Mon | Deadline for 7½-week Summer Session grades to be posted to UDSIS. |

## Second Summer Session 2020

| Mar 16 | Mon | Summer book orders are due by faculty to the UD Bookstore. |
|---|---|---|
| Apr 6 | Mon | Registration for 2020 Summer Sessions begins. |
| Jul 12 | Sun | Residence halls check-in noon to 5:00 p.m. |
| Jul 13 | Mon | Classes begin at 8:00 a.m. - Second Summer Session |
| Jul 13 | Mon | Tuition/fee payment deadline for Second Summer Session. |
| Jul 13 | Mon | Deadline for receipt of doctoral dissertations, education leadership portfolios and master's theses for degrees to be conferred in August 2020. |
| Jul 16 | Thu | Last day to add or drop courses for Second Summer Session. After this date, no tuition will be rebated and a $25 processing fee will be charged for change of registration; students withdrawing from courses will receive a grade of 'W' on permanent record. |
| Jul 16 | Thu | Deadline for change in Dining plans. |
| Jul 30 | Thu | Last day to change registration or to withdraw from courses - Second Summer Session. |
| Aug 13 | Thu | Last day of classes – Second Summer Session. |
| Aug 14 | Fri | Final examinations. Residence halls close for Second Summer Session at 7:00 p.m. |
| Aug 14 | Fri | Last meal in dining halls - dinner. |
| Aug 18 | Tues | Deadline for Second Summer Session grades to be posted to UDSIS. |

---

## RELIGIOUS OBSERVANCES

Sunday, September 29, 2019 – Rosh Hashanah begins at sundown, continues next 2 days
Tuesday, October 8, 2019– Yom Kippur begins at sundown, continues following day
Wednesday, April 8, 2020 - Passover begins, continues for 7 days
Friday, April 10, 2020 – Good Friday

*See policy in Faculty Handbook on* **excused absences.** *Comprehensive List of Observances can be found here:* **Interfaith calendar**

UD_0189404

# EXHIBIT 11

PUBLIC VERSION FILE 9/2/2022

# University of Delaware
## 2019-2020 ACADEMIC YEAR CALENDAR

| **Graduate Accelerated Session Calendar** may be found here. | Information on religious observances at bottom of calendar. |
|---|---|

FOR THE MOST UP-TO-DATE INFORMATION, PLEASE REFER TO THE ONLINE CALENDAR, RATHER THAN A PRINTED VERSION. PREPARED BY THE OFFICE OF THE UNIVERSITY REGISTRAR.  FOR QUESTIONS OR COMMENTS:   registrar@udel.edu        4/22/2020

### Fall Semester 2019

| Apr 15 | Mon | Fall book orders are due by faculty to the UD Bookstore |
| Apr 22 | Mon | Registration begins for Fall Semester 2019 |
| May 1 | Wed | Undergraduate admission application deadline for first year students entering Fall semester |
| May 1 | Wed | Admissions deposit deadline for admitted freshmen |
| Jun 25 | Tue | New Student Orientation begins |
| Jul 1 | Mon | Deadline for graduate admission applications for Fall 2019. Most programs have earlier deadlines. |
| Jul 24 | Wed | New Student Orientation ends |
| Aug 1 | Thu | Undergraduate tuition/fee payment deadline for Fall 2019 |
| Aug 22-23 | | International Student Orientation |
| Aug 24-26 | | 1743 Welcome Days for new students |
| Aug 24 | Sat | Residence hall check-in for new students; 8:00 a.m. to 2:00 p.m. |
| Aug 24 | Sat | First meal in dining halls for new students - lunch |
| Aug 25 | Sun | Residence hall check-in for returning students 8:00 a.m. to 4:00 p.m. |
| Aug 25 | Sun | First meal in dining halls for returning students - dinner |
| Aug 26 | Mon | Academic Orientations |
| Aug 26 | Mon | Residence hall check-in for returning students: 11:00 a.m. to 3:00 p.m. |
| Aug 26 | Mon | Last day to apply for readmission for Fall 2019 |
| Aug 27 | Tue | Classes begin at 8:00 a.m. |
| Aug 27 | Tue | Graduate/PCS tuition/fee payment deadline for Fall 2019. Classes subject to cancellation after this date. |
| Aug 30 | Fri | Deadline for admission to doctoral candidacy for degrees to be conferred in December 2019 or February 2020 |
| Sep 2 | Mon | Labor Day Holiday- University offices closed; classes suspended. |
| Sep 10 | Tue | Last day to add or drop courses. After this date, no tuition will be rebated and a $25 processing fee will be charged for change of registration; students withdrawing from courses will receive a grade of 'W' on permanent record. |
| Sep 10 | Tue | Last day to apply for a leave of absence for Fall 2019 |
| Sep 10 | Tue | Deadline for changing dining plan |
| Sep 10 | Tue | **UNDERGRADUATE STUDENTS -** Deadline for completion of deferred examinations and incomplete work (grade I) from Spring Semester 2019 and 2019 Summer Sessions. |
| Sep 16 | Mon | Winter 2020 book orders are due by faculty to UD Bookstore. |
| Sep 16 | Mon | Deadline for filing application for graduate degrees to be conferred in December 2019 |
| Oct 11 | Fri | Fall Break/ Blue Hen Re-Coop Day, classes suspended |
| Oct 11 | Fri | Deadline for midterm grades to be posted in UDSIS |
| Oct 15 | Tue | Spring 2020 book orders are due by Faculty to UD Bookstore. |
| Oct 22 | Tue | Last day to change registration or to withdraw from courses without academic penalty for Fall 2019. |
| Oct 22 | Tue | **GRADUATE STUDENTS -** Deadline for completion of deferred examinations and incomplete work (grade I) from Spring Semester 2019 and 2019 Summer Sessions. |
| Oct 28 | Mon | Registration begins for Winter Session 2020 |
| Nov 11 | Mon | Registration begins for Spring Semester 2020 |
| Nov 14 | Thu | Deadline for receipt of doctoral dissertations and education leadership portfolios for degrees to be conferred in December 2019. |
| Nov. 14 | Thu | Deadline for receipt of master's theses for degrees to be conferred in December 2019 |
| Nov 22 | Fri | Thanksgiving break begins after last class; classes end at 10 p.m. Residence Halls close at 7:00 p.m. |
| Nov 22 | Fri | Last meal in dining halls before Thanksgiving Break - lunch |
| Nov 25-29 | | Classes suspended Monday through Friday for Thanksgiving break |
| Nov 28 | Thu | Holiday - University offices closed. |
| Nov 29 | Fri | Holiday - University offices closed. |
| Dec 1 | Sun | Residence halls re-open at noon |
| Dec 1 | Sun | First meal in dining halls after Thanksgiving break- dinner |
| Dec 2 | Mon | Classes resume following Thanksgiving break |
| Dec 2 | Mon | Deadline for graduate admission applications for Spring 2020. |
| Dec 2 | Mon | Deadline for filing application for graduate degrees to be conferred in February 2020. |

| Dec 5 | Thu | Last day of classes, classes end at 10:00 p.m. |
| Dec 5 | Thu | Last day for medical leave of absence to be processed |
| Dec 6 | Fri | Reading Day: no examinations scheduled |
| Dec 9 | Mon | Final examinations begin |
| Dec 14 | Sat | Final examinations end. Residence halls close at 10:00 p.m. |
| Dec 14 | Sat | Last meal in dining halls - dinner |
| Dec 18 | Wed | Deadline for 2019 Fall semester grades to be posted to UDSIS |

### Winter Session 2020

| Sep 16 | Mon | Winter book orders are due by faculty to the UD Bookstore |
| Oct 28 | Mon | Registration begins for Winter Session 2020 |
| Jan 3 | Fri | Last day to apply for readmission for Winter 2020 |
| Jan 5 | Sun | Residence hall check-in (5-week classes) Noon to 6:00 p.m. |
| Jan 5 | Sun | First meal in dining halls - dinner |
| Jan 6 | Mon | Classes begin at 8:00 a.m. (5-week classes) Residence hall check-in for Winter Session walk-ins, 9:00 a.m. to 3.00 p.m. |
| Jan 6 | Mon | Tuition/fee payment deadline for Winter Session 2020. |
| Jan 9 | Thu | Last day to add or drop courses. (5-week classes) After this date, no tuition will be rebated and a $25 processing fee will be charged for change of registration; students withdrawing from courses will receive a grade of 'W' on permanent record. |
| Jan 9 | Thu | Deadline for changing dining plan – 5-week meal plan. |
| Jan 12 | Sun | Residence Hall check-in (4-week classes) Noon to 6:00 p.m. |
| Jan 13 | Mon | Classes begin at 8:00 a.m. (4-week classes) Residence hall check-in for Winter Session walk-ins, 9:00 a.m. to 3.00 p.m. |
| Jan 15 | Wed | Deadline for receipt of dissertations, education leadership portfolios and master's theses for degrees to be conferred in February 2020. |
| Jan 16 | Thu | Last day to add or drop courses. (4-week classes) After this date, no tuition will be rebated and a $25 processing fee will be charged for change of registration; students withdrawing from courses will receive a grade of 'W' on permanent record. |
| Jan 16 | Thu | Deadline for changing dining plan – 4-week meal plan |
| Jan 20 | Mon | Martin Luther King Holiday - classes suspended; University offices closed. |
| Jan 24 | Fri | Last day to change registration or withdraw. (5-week classes) |
| Jan 28 | Tue | Last day to change registration or withdraw. (4-week classes) |
| Feb 7 | Fri | Last day of classes |
| Feb 8 | Sat | Final examinations. Students leaving after Winter Session must checkout of residence hall by 6:00 p.m. |
| Feb 8 | Sat | Last meal in dining halls - dinner |
| Feb 12 | Wed | Deadline for winter session grades to be posted to UDSIS |

### Spring Semester 2020

| Oct 15 | Tue | Spring book orders are due by faculty to the UD Bookstore. |
| Nov 1 | Fri | Undergraduate admission application deadline for first year and transfer students entering Spring Semester 2020. |
| Nov 11 | Mon | Registration begins for Spring Semester 2020 |
| Dec 2 | Mon | Deadline for graduate admission applications for Spring 2020 |
| Jan 6 | Mon | Undergraduate Tuition/fee payment deadline for Spring 2020 |
| Feb 6 | Thu | Winter International New Student Orientation |
| Feb 7 | Fri | Winter New Student Orientation |
| Feb 7 | Fri | Last day to apply for readmission for Spring 2020 |
| Feb 9 | Sun | Residence hall check-in noon to 6:00 p.m. |
| Feb 9 | Sun | First meal in dining halls – brunch |
| Feb 10 | Mon | Classes begin at 8:00 a.m. Residence hall check-in 11:00 a.m. - 3:00 p.m. |
| Feb 10 | Mon | Graduate/PCS tuition/fee payment deadline for Spring 2020. Classes subject to cancellation after this date. |
| Feb 14 | Fri | Deadline for filing application for graduate degrees to be conferred in May 2020. |
| Feb 21 | Fri | Last day to add or drop courses. After this date, no tuition will be rebated and a $25 processing fee will be charged for change of registration; students withdrawing from courses will receive a grade of 'W' on permanent record. |
| Feb 21 | Fri | Last day to apply for a leave of absence for Spring 2020 |
| Feb 21 | Fri | Deadline for changing dining plan |

| | | |
|---|---|---|
| Feb 21 | Fri | **UNDERGRADUATE STUDENTS - Deadline for completion of deferred examinations and incomplete work (grade I) from Fall Semester 2019, and Winter Session 2020. |
| Feb 24 | Mon | Deadline for admission to doctoral candidacy for degrees conferred in May 2020. |
| Mar 12-13 | | **Classes suspended |
| Mar 14-29 | | **Spring break |
| Mar 16 | Mon | Summer 2020 book orders are due by faculty to UD Bookstore. |
| Mar 30 | Mon | **Classes resume in online format |
| Apr 6 | Mon | Deadline for graduate admission applications for June 2020. |
| Apr 10 | Fri | **Deadline for midterm grades to be posted to UDSIS |
| Apr 13 | Mon | **There is some flexibility in deadlines for submission of doctoral dissertations and education leadership portfolios for degrees conferred in May 2020. Please contact Mary Martin for additional details. |
| Apr 15 | Wed | Fall 2020 book orders are due by Faculty to UD Bookstore. |
| Apr 20 | Mon | **Registration for 2020 Summer Sessions begins |
| Apr 20 | Mon | **There is some flexibility in deadlines for receipt of master's thesis for degrees to be conferred in May 2020. Please contact Mary Martin for additional details. |
| May 1 | Fri | **Last day to change registration or to withdraw from courses without academic penalty for Spring 2020 |
| May 1 | Fri | Undergraduate admission application deadline for first year students entering Fall 2020 |
| May 1 | Fri | Admissions deposit deadline for first year students |
| May 1 | Fri | Deadline for admission to doctoral candidacy for degrees to be conferred in August 2020. |
| May 4 | Mon | **Registration begins for Fall Semester 2020 |
| May 4 | Mon | Deadline for filing application for graduate degrees to be conferred in August 2020. |
| May 15 | Fri | **GRADUATE STUDENTS - Deadline for completion of deferred examinations and incomplete work (grade I) from Fall Semester 2019 and Winter Session 2020. |
| May 18 | Mon | Last class day; classes end at 10:00 p.m. |
| May 18 | Mon | Last day for medical leave of absence to be processed |
| May 19 | Tue | Reading Day, no examinations scheduled. |
| May 20 | Wed | Final examinations begin. |
| May 25 | Mon | Memorial Day observed; no exams, offices closed |
| May 28 | Thu | Final examinations end. |
| May 29 | Fri | **Postponed -Honors degree breakfast, Doctoral Hooding and some college convocations. |
| May 30 | Sat | **Postponed -Commencement followed by remaining college convocations. |
| Jun 1 | Mon | Deadline for Spring semester grades to be posted to UDSIS |
| Jun 5 | Fri | ** Canceled - Alumni Weekend begins |
| Jun 9 | Tue | **Last day to submit a change from letter grade to High Pass/Mid Pass grading option |

### First Summer Session 2020

| | | |
|---|---|---|
| Mar 16 | Mon | Summer book orders are due by faculty to the UD Bookstore. |
| Apr 20 | Mon | **Registration for 2020 Summer Sessions begins |
| May 1 | Fri | Deadline for admission to doctoral candidacy for degrees to be conferred in August 2020. |
| May 4 | Mon | Deadline for filing application for graduate degrees to be conferred in August 2020. |
| Jun 5 | Fri | Last day to apply for readmission for Summer 2020 |
| Jun 8 | Mon | Classes begin at 8:00 a.m. - First Summer Session |
| Jun 8 | Mon | Tuition/fee payment deadline First Summer Session |
| Jun 11 | Thu | **Last day to add courses for First Summer Session (5-week and 7.5 week). |

| | | |
|---|---|---|
| Jun 19 | Fri | **Last day to drop courses for First Summer Session. (5-week and 7.5 week) After this date, no tuition will be rebated and a $25 processing fee will be charged for change of registration; students withdrawing from courses will receive a grade of 'W' on permanent record. |
| Jun 25 | Thu | Last day to change registration or to withdraw from courses - first summer session (5-week course). |
| Jul 1 | Wed | Deadline for graduate admission applications for Fall 2020. Most programs have earlier deadlines. |
| Jul 3 | Fri | Independence Day Holiday observed; Classes suspended; University Offices closed.  All dining services are closed. |
| Jul 7 | Tue | Last day to change registration or to withdraw from courses - first summer session (7½-week course). |
| Jul 10 | Fri | Classes end – 5-week Summer Session. |
| Jul 11 | Sat | Final examinations- 5-week Summer Session.  Students attending 5-week summer session to check out of residence halls by 7:00 p.m. |
| Jul 15 | Wed | Deadline for 5-week Summer Session grades to be posted to UDSIS. |
| Jul 27 | Mon | Classes end – 7½-week Summer Session classes meeting Monday/Wednesday. |
| Jul 28 | Tue | Classes end – 7½-week Summer Session classes meeting Tuesday/Thursday. |
| Jul 29 | Wed | Final exams - 7½-week Summer Session classes meeting Monday/Wednesday. |
| Jul 30 | Thu | Final exams - 7½-week Summer Session classes meeting Tuesday/Thursday. |
| Aug 3 | Mon | Deadline for 7½-week Summer Session grades to be posted to UDSIS. |

### Second Summer Session 2020

| | | |
|---|---|---|
| Apr 20 | Mon | **Registration for 2020 Summer Sessions begins. |
| Jul 13 | Mon | Classes begin at 8:00 a.m. - Second Summer Session |
| Jul 13 | Mon | Tuition/fee payment deadline for Second Summer Session. |
| Jul 13 | Mon | Deadline for receipt of doctoral dissertations, education leadership portfolios and master's theses for degrees to be conferred in August 2020. |
| Jul 16 | Thu | **Last day to add courses for Second Summer Session. |
| Jul 24 | Fri | **Last day to drop courses for Second Summer Session.  After this date, no tuition will be rebated and a $25 processing fee will be charged for change of registration; students withdrawing from courses will receive a grade of 'W' on permanent record. |
| Jul 30 | Thu | Last day to change registration or to withdraw from courses - Second Summer Session. |
| Aug 13 | Thu | Last day of classes – Second Summer Session. |
| Aug 14 | Fri | Final examinations. |
| Aug 18 | Tues | Deadline for Second Summer Session grades to be posted to UDSIS. |

### Summer Session 2020 – 10-week classes

| | | |
|---|---|---|
| Jun 17 | Wed | **Last day to add 10-week courses. |
| Jun 19 | Fri | **Last day to drop 10-week courses. After this date, no tuition will be rebated and a $25 processing fee will be charged for change of registration; students withdrawing from courses will receive a grade of 'W' on permanent record. |
| Jul 16 | Thu | Last day to change registration or withdraw from courses |
| Aug 14 | Fri | Last day of final exams |

---

**RELIGIOUS OBSERVANCES**

Sunday, September 29, 2019 – Rosh Hashanah begins at sundown, continues next 2 days

Tuesday, October 8, 2019 – Yom Kippur begins at sundown, continues following day

Wednesday, April 8, 2020 - Passover begins, continues for 7 days

Friday, April 10, 2020 – Good Friday

*See policy in Faculty Handbook on* **excused absences.**
*Comprehensive List of Observances can be found here:* **Interfaith calendar**

---

** Changes due to Coronavirus COVID-19 Pandemic

UD_0189594

# EXHIBIT 12

## REDACTED IN ITS ENTIRETY

# EXHIBIT 13

## REDACTED IN ITS ENTIRETY

# EXHIBIT 14

## REDACTED IN ITS ENTIRETY

# EXHIBIT 15
## REDACTED IN ITS ENTIRETY

# EXHIBIT 17

REDACTED IN ITS ENTIRETY

# EXHIBIT 18

REDACTED IN ITS ENTIRETY

# EXHIBIT 19

## REDACTED IN ITS ENTIRETY

# EXHIBIT 20

## REDACTED IN ITS ENTIRETY

# EXHIBIT 21

REDACTED IN ITS ENTIRETY

# EXHIBIT 29

REDACTED IN ITS ENTIRETY

# EXHIBIT 30

REDACTED IN ITS ENTIRETY

# EXHIBIT 31

REDACTED IN ITS ENTIRETY

# EXHIBIT 35

PUBLIC VERSION FILED 9/2/2022

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PENNY NINIVAGGI, et al., individually and on behalf of all others similarly situated, *Plaintiffs*, v. UNIVERSITY OF DELAWARE, *Defendant*. | Civil Action No. 20-cv-1478-SB |
| HANNAH RUSSO, individually and on behalf of all others similarly situated, *Plaintiff*, v. UNIVERSITY OF DELAWARE, *Defendant*. | Civil Action No. 20-cv-1693-SB |

**DEFENDANT THE UNIVERSITY OF DELAWARE'S FIRST SET OF REQUESTS FOR
ADMISSION DIRECTED TO PLAINTIFFS**

Defendant the University of Delaware (the "University" or "Defendant"), by and through its undersigned counsel, and pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure (the "Rules"), hereby serves on Plaintiffs the following Requests for Admission (the "Requests" and each a "Request"), and request each named Plaintiff separately admit to facts contained herein. Pursuant to Rule 36(a)(3), if an answer to any Request for Admission is not received within thirty (30) days, the facts contained in that Request for Admission will be deemed admitted.

**DEFINITIONS AND INSTRUCTIONS**

1. "Action" means the above-captioned action.

2. "Plaintiffs," "You," or "Your" means Penny Ninivaggi, Michael Ninivaggi, Todd

Mickey, Jake Mickey, James Nigrelli, Cailin Nigrelli, and Hannah Russo, and anyone purporting to act on your behalf or for your benefit at any time.  For each named Plaintiff, "You" or "Your" shall mean that particular Plaintiff responding to the Requests.

    3.  "Defendant" means the University of Delaware.

    4.  The "University" means the University of Delaware.

    5.  "Complaint" means the complaint filed by Russo in the Superior Court of Delaware under the name *Russo v. University of Delaware* (No. N20C-11-164 PRW CCLD), the complaint filed by Ninivaggi *et al*. in the Superior Court of Delaware under the name *Ninivaggi et al. v. University of Delaware* (No. N20C-08-121 DCS), or the Consolidated Class Action Complaint filed on September 3, 2021, in the above captioned matters.  (*See Russo* D.I. 24).

    6.  "Answer" means the Answer and corresponding Affirmative Defenses to the Consolidated Class Action Complaint filed by the University on September 17, 2021.  (*See Russo* D.I. 25).

    7.  "Fees Class" means the putative class alleged in Paragraph 55 of the Consolidated Class Action Complaint.  The University denies that any and all alleged "classes" can properly be certified in this matter, and reserves all rights to contest any allegation that such "classes" exist in this matter, so this label is only for reference during discovery.

    8.  "Use" or "Used" should be interpreted broadly to include its ordinary meaning, as well as to utilize, consume, take advantage of, or put into action or service

    9.  "Document" or "documents" means the original and any non-identical copy (whether different from the originals because of notes made on such copies or otherwise) of writings or recordings of every kind and description, whether made by hand or by mechanical, electronic,

photographic, or other means including, but not limited to, letters, notes, correspondence, electronic mail, reports, proposals, change of orders, certifications, memoranda, agreements, contracts, contract modifications, field directives, clarifications, work orders, recordings, memorials of telephone conversations, meeting minutes, inter-office and intra-office communications, work papers, bids, bid evaluation records or notes, invoices, bills, purchase orders, vouchers, pay requests, progress reports, inspection reports, quality records, contract drawings, engineering drawings, working drawings, shop drawings, sketches, diagrams, accounting records, checks, drafts, statements, audio or video recordings, schedules, bar charts, logic diagrams, network analysis, schedule of progress updates, diaries, daily reports, receipts, bills of lading, summaries, notations of any sort of conversations, printed matter, teletype, telefax, worksheets, studies, analyses, tabulations, comments, manuals, instructions, recorded recollections, all drafts, alterations, modifications, changes, and amendments of any of the foregoing, or any other written material of any nature whatsoever, as well as all graphic or oral records or representation of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotapes, recordings, motion pictures), and any electronic, mechanical or electrical records or representations of any kind (including, without limitation, Electronic mail, tapes, cassettes, discs, recordings in computer memories, metadata) and any other written, recorded, or reproduced material and any material underlying, supporting, or used in the preparation of any such document.

10. "Communication" means all meetings, oral conversations, conferences, telephone conversations, letters, telegrams, telexes, mailgrams, xerographic transmissions, faxes, emails, transmissions between computer terminals, and all oral or written expressions however transmitted or recorded.

11. The words "and" as well as "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of a particular Requests any response which might otherwise be construed to be outside its scope.

12. The phrase "relating to" or any derivative thereof means consisting of or referring to, reflecting, or being in any way legally, logically, or factually connected with the matter discussed.

13. The use of the word "including" shall be construed to mean "without limitation."

14. Each named Plaintiff must respond separately and must submit responses under oath with a copy served on counsel for the Defendant.

15. Your response to each Request must specifically admit or deny the matter set forth therein, or set forth in detail the reasons why the Request cannot truthfully be admitted or denied. A denial must fairly meet the substance of the requested admission.  If your response is qualified in any way, you must specify that portion of the Request which is admitted and that portion which is qualified or denied.  If you object to part of any Request, the part to which there is no objection must be admitted or denied.

16. A Request for Admission may not be objected to solely on the basis that the matter for which an admission is requested presents a genuine issue for trial.

17. Lack of knowledge or information is an insufficient basis for failure to admit or deny a Request for Admission, unless you have made reasonable inquiry and the information known to or readily obtainable by you is insufficient to enable you to admit or deny the Request.  You shall not fail to answer any Request on the basis that another party is in whole or in part the subject of the Request, if the information either known to or readily obtainable by you upon reasonable inquiry is sufficient to enable you to respond to all or part of the Request.

18. These Requests are of an ongoing nature, and should you acquire additional information respective to these Requests, the answers shall be updated to provide the additional information.

19. If a privilege not to answer is claimed, identify each matter as to which the privilege is claimed, the nature of the privilege, and the legal and factual basis for each such claim.

20. Answer each Request on the basis of your entire knowledge, including information in the possession of you, your representatives, agents, and attorneys.

21. The singular includes the plural and the plural includes the singular.

22. If, in responding to these Requests, you claim any ambiguity in interpreting either the Request or a definition or instruction applicable thereto, do not use that claim as a basis for refusing to respond.  Rather, respond to the Request, setting forth as part of the written response the language claimed to be ambiguous and the interpretation chosen or used in responding to the Request.

23. Produce copies of all documents to which the responses refer.

24. If you file objections to any of the Requests, you must nevertheless answer the remaining Requests within the required period of time.

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Admit that You are currently enrolled at the University.

RESPONSE TO REQUEST NO. 1:

**REQUEST FOR ADMISSION NO. 2:** Admit that You did not apply for any third-party scholarships in connection with your enrollment at the University.

RESPONSE TO REQUEST NO. 2:

**REQUEST FOR ADMISSION NO. 3:** Admit that You did not fill out a Free Application for Federal Student Aid.

RESPONSE TO REQUEST NO. 3:

**REQUEST FOR ADMISSION NO. 4:** Admit that You did not make any request to the University for a refund of Your tuition for the Spring 2020 semester.

RESPONSE TO REQUEST NO. 4:

**REQUEST FOR ADMISSION NO. 5:** Admit that You did not make any request to the University for a refund of the fees charged by the University for the Spring 2020 semester.

RESPONSE TO REQUEST NO. 5:

**REQUEST FOR ADMISSION NO. 6:** Admit that You did not withdraw from the University for the Spring 2020 academic semester.

RESPONSE TO REQUEST NO. 6:

**REQUEST FOR ADMISSION NO. 7:** Admit that You did not seek to withdraw from the University for the Spring 2020 academic semester.

RESPONSE TO REQUEST NO. 7:

**REQUEST FOR ADMISSION NO. 8:** Admit that You re-enrolled at the University for the Fall 2020 academic semester after knowing that the Fall 2020 Semester would be conducted at least in-part remotely..

RESPONSE TO REQUEST NO. 8:

**REQUEST FOR ADMISSION NO. 9:** Admit that, prior to the University's transition to remote instruction during the Spring 2020 academic semester, not every student at the University used, or participated in, services relating to the Student Center Fee.

RESPONSE TO REQUEST NO. 9:

**REQUEST FOR ADMISSION NO. 10:** Admit that, prior to the University's transition to remote instruction during the Spring 2020 academic semester, not every student at the University used, or participated in, services relating to the Comprehensive Student Fee.

RESPONSE TO REQUEST NO. 10:

**REQUEST FOR ADMISSION NO. 11:** Admit that, prior to the University's transition to remote instruction during the Spring 2020 academic semester, not every student at the University used, or participated in, services relating to the Student Wellbeing Fee.

RESPONSE TO REQUEST NO. 11:


**REQUEST FOR ADMISSION NO. 12:** Admit that, after the University's transition to remote instruction during the Spring 2020 academic semester, students were able to participate in (either remotely or in-person) some services, events, or student activities offered by the University.

RESPONSE TO REQUEST NO. 12:


**REQUEST FOR ADMISSION NO. 13:** Admit that You used, or participated in, (either remotely or in-person) at least one service, resource, event, or activity (including a student activity) offered by the University after the University's transition to remote instruction during the Spring 2020 academic semester.

RESPONSE TO REQUEST NO. 13:


**REQUEST FOR ADMISSION NO. 14:** Admit that Your degree progress was not slowed or impeded because of the University's shift to remote instruction during the Spring 2020 academic semester.

RESPONSE TO REQUEST NO. 14:

**REQUEST FOR ADMISSION NO. 15:** Admit that You completed all courses for which you were enrolled during the Spring 2020 academic semester.

RESPONSE TO REQUEST NO. 15:


**REQUEST FOR ADMISSION NO. 16:** Admit that you received full credits for each course that you completed during the Spring 2020 academic semester.

RESPONSE TO REQUEST NO. 16:


**SAUL EWING ARNSTEIN & LEHR LLP**

/s/ *James D. Taylor, Jr.*
James D. Taylor, Jr. (#4009)
Marisa R. De Feo (#6778)
Charles E. Davis (#6402)
Aubrey J. Morin (#6568)
1201 N. Market Street, Suite 2300
Wilmington, DE  19801
(302) 421-6800
james.taylor@saul.com
marisa.defeo@saul.com
chad.davis@saul.com
aubrey.morin@saul.com

*Counsel for Defendant University of Delaware*

Dated: March 24, 2022

9

# EXHIBIT 36

PUBLIC VERSION FILED 9/2/2022

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PENNY NINIVAGGI, et al., individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNIVERSITY OF DELAWARE,<br><br>*Defendant*. | Civil Action No. 20-cv-1478-SB |
| HANNAH RUSSO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>UNIVERSITY OF DELAWARE,<br><br>*Defendant*. | Civil Action No. 20-cv-1693-SB |

**DEFENDANT THE UNIVERSITY OF DELAWARE'S SECOND SET OF REQUESTS**
**FOR ADMISSION DIRECTED TO PLAINTIFFS**

Defendant the University of Delaware (the "University" or "Defendant"), by and through its undersigned counsel, and pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure (the "Rules"), hereby serves on Plaintiffs the following Requests for Admission (the "Requests" and each a "Request"), and request each named Plaintiff separately admit to facts contained herein. Pursuant to Rule 36(a)(3), if an answer to any Request for Admission is not received within thirty (30) days, the facts contained in that Request for Admission will be deemed admitted.

**DEFINITIONS AND INSTRUCTIONS**

1. "Action" means the above-captioned action.

2. "Plaintiffs," "You," or "Your" means Penny Ninivaggi, Michael Ninivaggi, Todd

Mickey, Jake Mickey, James Nigrelli, Cailin Nigrelli, and Hannah Russo, and anyone purporting to act on your behalf or for your benefit at any time.  For each named Plaintiff, "You" or "Your" shall mean that particular Plaintiff responding to the Requests.

3.   "Defendant" means the University of Delaware.

4.   The "University" means the University of Delaware.

5.   "Complaint" means the complaint filed by Russo in the Superior Court of Delaware under the name *Russo v. University of Delaware* (No. N20C-11-164 PRW CCLD), the complaint filed by Ninivaggi *et al*. in the Superior Court of Delaware under the name *Ninivaggi et al. v. University of Delaware* (No. N20C-08-121 DCS), or the Consolidated Class Action Complaint filed on September 3, 2021, in the above captioned matters.  (*See Russo* D.I. 24).

6.   "Answer" means the Answer and corresponding Affirmative Defenses to the Consolidated Class Action Complaint filed by the University on September 17, 2021.  (*See Russo* D.I. 25).

7.   "Fees Class" means the putative class alleged in Paragraph 55 of the Consolidated Class Action Complaint.  The University denies that any and all alleged "classes" can properly be certified in this matter, and reserves all rights to contest any allegation that such "classes" exist in this matter, so this label is only for reference during discovery.

8.   "Use" or "Used" should be interpreted broadly to include its ordinary meaning, as well as to utilize, consume, take advantage of, or put into action or service.

9.   "Document" or "documents" means the original and any non-identical copy (whether different from the originals because of notes made on such copies or otherwise) of writings or recordings of every kind and description, whether made by hand or by mechanical, electronic,

photographic, or other means including, but not limited to, letters, notes, correspondence, electronic mail, reports, proposals, change of orders, certifications, memoranda, agreements, contracts, contract modifications, field directives, clarifications, work orders, recordings, memorials of telephone conversations, meeting minutes, inter-office and intra-office communications, work papers, bids, bid evaluation records or notes, invoices, bills, purchase orders, vouchers, pay requests, progress reports, inspection reports, quality records, contract drawings, engineering drawings, working drawings, shop drawings, sketches, diagrams, accounting records, checks, drafts, statements, audio or video recordings, schedules, bar charts, logic diagrams, network analysis, schedule of progress updates, diaries, daily reports, receipts, bills of lading, summaries, notations of any sort of conversations, printed matter, teletype, telefax, worksheets, studies, analyses, tabulations, comments, manuals, instructions, recorded recollections, all drafts, alterations, modifications, changes, and amendments of any of the foregoing, or any other written material of any nature whatsoever, as well as all graphic or oral records or representation of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotapes, recordings, motion pictures), and any electronic, mechanical or electrical records or representations of any kind (including, without limitation, Electronic mail, tapes, cassettes, discs, recordings in computer memories, metadata) and any other written, recorded, or reproduced material and any material underlying, supporting, or used in the preparation of any such document.

10. "Communication" means all meetings, oral conversations, conferences, telephone conversations, letters, telegrams, telexes, mailgrams, xerographic transmissions, faxes, emails, transmissions between computer terminals, and all oral or written expressions however transmitted or recorded.

11. The words "and" as well as "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of a particular Requests any response which might otherwise be construed to be outside its scope.

12. The phrase "relating to" or any derivative thereof means consisting of or referring to, reflecting, or being in any way legally, logically, or factually connected with the matter discussed.

13. The use of the word "including" shall be construed to mean "without limitation."

14. Each named Plaintiff must respond separately and must submit responses under oath with a copy served on counsel for the Defendant.

15. Your response to each Request must specifically admit or deny the matter set forth therein, or set forth in detail the reasons why the Request cannot truthfully be admitted or denied. A denial must fairly meet the substance of the requested admission.  If your response is qualified in any way, you must specify that portion of the Request which is admitted and that portion which is qualified or denied.  If you object to part of any Request, the part to which there is no objection must be admitted or denied.

16. A Request for Admission may not be objected to solely on the basis that the matter for which an admission is requested presents a genuine issue for trial.

17. Lack of knowledge or information is an insufficient basis for failure to admit or deny a Request for Admission, unless you have made reasonable inquiry and the information known to or readily obtainable by you is insufficient to enable you to admit or deny the Request.  You shall not fail to answer any Request on the basis that another party is in whole or in part the subject of the Request, if the information either known to or readily obtainable by you upon reasonable inquiry is sufficient to enable you to respond to all or part of the Request.

18. These Requests are of an ongoing nature, and should you acquire additional information respective to these Requests, the answers shall be updated to provide the additional information.

19. If a privilege not to answer is claimed, identify each matter as to which the privilege is claimed, the nature of the privilege, and the legal and factual basis for each such claim.

20. Answer each Request on the basis of your entire knowledge, including information in the possession of you, your representatives, agents, and attorneys.

21. The singular includes the plural and the plural includes the singular.

22. If, in responding to these Requests, you claim any ambiguity in interpreting either the Request or a definition or instruction applicable thereto, do not use that claim as a basis for refusing to respond.  Rather, respond to the Request, setting forth as part of the written response the language claimed to be ambiguous and the interpretation chosen or used in responding to the Request.

23. Produce copies of all documents to which the responses refer.

24. If you file objections to any of the Requests, you must nevertheless answer the remaining Requests within the required period of time.

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Admit that the University continued to provide health or medical services, including via video-conference, to its students during the Spring 2020 semester after the University transitioned to remote instruction.

RESPONSE TO REQUEST NO. 1:


**REQUEST FOR ADMISSION NO. 2:** Admit that the University continued to provide mental health counseling services, including via video-conference, to its students during the Spring 2020 semester after the University transitioned to remote instruction.

RESPONSE TO REQUEST NO. 2:


**REQUEST FOR ADMISSION NO. 3:** Admit that the University continued to provide virtual and online student activities, recreational programs, performing arts, student organization activities, student meetings, or student programming to its students during the Spring 2020 semester after the University transitioned to remote instruction.

RESPONSE TO REQUEST NO. 3:


**REQUEST FOR ADMISSION NO. 4:** Admit that executive orders issued by Delaware Governor John C. Carney prohibited the University from offering in-person instruction during portions of the Spring 2020 semester.

RESPONSE TO REQUEST NO. 4:

**SAUL EWING ARNSTEIN & LEHR LLP**

/s/ *James D. Taylor, Jr.*
James D. Taylor, Jr. (#4009)
Marisa R. De Feo (#6778)
Charles E. Davis (#6402)
Aubrey J. Morin (#6568)
1201 N. Market Street, Suite 2300
Wilmington, DE  19801
(302) 421-6800
james.taylor@saul.com
marisa.defeo@saul.com
chad.davis@saul.com
aubrey.morin@saul.com

*Counsel for Defendant University of Delaware*

Dated: April 29, 2022

# EXHIBIT 37

PUBLIC VERSION FILED 9/2/2022

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PENNY NINIVAGGI, et al., individually and on behalf of all others similarly situated, | Civil Action No. 20-cv-1478-SB |
| *Plaintiffs,* | |
| v. | |
| UNIVERSITY OF DELAWARE, | |
| *Defendant.* | |
| HANNAH RUSSO, et al., individually and on behalf of all others similarly situated, | Civil Action No. 20-cv-1693-SB |
| *Plaintiffs,* | |
| v. | |
| UNIVERSITY OF DELAWARE, | |
| *Defendant.* | |

**PLAINTIFF CAILIN NIGRELLI'S RESPONSES TO DEFENDANT**
**UNIVERSITY OF DELAWARE'S FIRST SET OF REQUESTS FOR ADMISSION**

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Plaintiff Cailin Nigrelli ("Plaintiff") through the undersigned responds to the following responses to the First Set of Requests for Admission to Plaintiffs (each a "Request" and collectively, the "Requests") by the Defendant University of Delaware ("Defendant"). The following responses are made solely for the purposes of this action. Each response is subject to all objections as to relevance, materiality, and admissibility, and to any and all objections on any ground that would require exclusion of any response if it were introduced in court.

No incidental or implied admissions are intended by these responses. The fact that Plaintiff has objected or responded to any Request shall not be deemed an admission that

1

Plaintiff accepts or admits the existence of any facts set forth or assumed by such Request or that such objection or response constitutes admissible evidence.  The fact that Plaintiff has responded to part or all of any Request is not intended to and shall not be construed to be a waiver by Plaintiff of any part of any objection to any Request.

The responses and objections are made on the basis of information and writing currently available to and located by Plaintiffs upon reasonable investigation.  Plaintiffs expressly reserve the right to modify, revise, supplement, or amend their responses to these Requests in accordance with Fed. R. Civ. P. 26(e).

## RESPONSES TO REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that You are currently enrolled at the University.

**RESPONSE TO REQUEST NO. 1:**

Admitted.

**REQUEST FOR ADMISSION NO. 2:**

Admit that You did not apply for any third-party scholarships in connection with your enrollment at the University.

**RESPONSE TO REQUEST NO. 2:**

Admitted.

**REQUEST FOR ADMISSION NO. 3:**

Admit that You did not fill out Free Application for Federal Student Aid.

**RESPONSE TO REQUEST NO. 3:**

Admitted.

**REQUEST FOR ADMISSION NO. 4:**

Admit that You did not make any request to the University for a refund of Your tuition for the Spring 2020 semester.

**RESPONSE TO REQUEST NO. 4:**

Admitted.

**REQUEST FOR ADMISSION NO. 5:**

Admit that You did not make any request to the University for a refund of the fees charged by the University for the Spring 2020 semester.

**RESPONSE TO REQUEST NO. 5:**

Admitted.

**REQUEST FOR ADMISSION NO. 6:**

Admit You did not withdraw from the University for the Spring 2020 academic semester.

**RESPONSE TO REQUEST NO. 6:**

Admitted.

**REQUEST FOR ADMISSION NO. 7:**

Admit that You did not seek withdraw from the University for the Spring 2020 academic semester.

**RESPONSE TO REQUEST NO. 7:**

Admitted.

3

**REQUEST FOR ADMISSION NO. 8:**

Admit that You re-enrolled at the University for the Fall 2020 academic semester after knowing that the Fall 2020 Semester would be conducted at least in-part remotely.

**RESPONSE TO REQUEST NO. 8:**

Denied.

**REQUEST FOR ADMISSION NO. 9:**

Admit that, prior to the University's transition to the remote instruction during the Spring 2020 academic semester, not every student at the University used, or participated in services relation to the Student Center Free.

**RESPONSE TO REQUEST NO. 9:**

Denied.  Plaintiff does not have sufficient knowledge and information so as to form a belief as to this request and therefore denies the same.

**REQUEST FOR ADMISSION NO. 10:**

Admit that, prior to the University's transition to remote instruction during the spring 2020 academic semester, not every student at the university used, or participated in services, relating to the Student Center Fee.

**RESPONSE TO REQUEST NO. 10:**

Denied.  Plaintiff does not have sufficient knowledge and information so as to form a belief as to this request and therefore denies the same.

**REQUEST FOR ADMISSION NO. 11:**

Admit that, prior to the University's transition to remote instruction during the spring 2020 academic semester, not every student at the university used, or participated in services, relating to the Student Wellbeing Fee.

**RESPONSE TO REQUEST NO. 11:**

Denied.  Plaintiff does not have sufficient knowledge and information so as to form a belief as to this request and therefore denies the same.

**REQUEST FOR ADMISSION NO. 12:**

Admit that, prior to the University's transition to remote instruction during the spring 2020 academic semester, students were able to participate in (either remotely or in-person) some services, events, or student activities offered by the University.

**RESPONSE TO REQUEST NO. 12:**

Denied.  Plaintiff does not have sufficient knowledge and information so as to form a belief as to this request and therefore denies the same.

**REQUEST FOR ADMISSION NO. 13:**

Admit that You used, or participated in, (either remotely or in person) at least one service, resource, event, or activity (including a student activity) offered by the University after the University's transition to remote instruction during the Spring 2020 academic semester.

**RESPONSE TO REQUEST NO. 13:**

Admitted.

**REQUEST FOR ADMISSION NO. 14:**

Admit that Your degree progress was not slowed or impeded because of the university's shift to remote instruction during the Spring 2020 academic semester.

**RESPONSE TO REQUEST NO. 14:**

Denied.

**REQUEST FOR ADMISSION NO. 15:**

Admit that You completed all courses for which you were enrolled during the Spring

2020 academic semester.

**RESPONSE TO REQUEST NO. 15:**

 Denied.

**REQUEST FOR ADMISSION NO. 16:**

 Admit that you received full credits for each course that you completed during the Spring

2020 academic semester.

**RESPONSE TO REQUEST NO. 16:**

 Admitted.

Dated: May 9, 2022     **CHIMICLES SCHWARTZ KRINER &
             DONALDSON-SMITH LLP**

             ***/s/ Robert J. Kriner, Jr.***
             Robert J. Kriner, Jr. (#2546)
             Scott M. Tucker (#4925)
             2711 Centerville Road, Suite 201
             Wilmington, DE 19808
             (302) 656-2500

             **BURSOR & FISHER, P.A.**
             Joshua D. Arisohn (admitted *pro hac vice*)
             888 Seventh Avenue
             New York, NY 10019
             Telephone: (646) 837-7150
             Facsimile: (212) 989-9163
             Email: jarisohn@bursor.com

             **BURSOR & FISHER, P.A.**
             Sarah N. Westcot (admitted *pro hac vice*)
             701 Brickell Avenue, Suite 1420,
             Miami, FL 33131
             Telephone: (305) 330-5512
             Facsimile: (305) 676-9006
             Email: swestcot@bursor.com

             *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PENNY NINIVAGGI, et al., individually and on behalf of all others similarly situated, | Civil Action No. 20-cv-1478-SB |
| *Plaintiffs,* | |
| v. | |
| UNIVERSITY OF DELAWARE, | |
| *Defendant.* | |
| HANNAH RUSSO, et al., individually and on behalf of all others similarly situated, | Civil Action No. 20-cv-1693-SB |
| *Plaintiffs,* | |
| v. | |
| UNIVERSITY OF DELAWARE, | |
| *Defendant.* | |

**PLAINTIFF JAKE MICKEY'S RESPONSES TO DEFENDANT**
**UNIVERSITY OF DELAWARE'S FIRST SET OF REQUESTS FOR ADMISSION**

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Plaintiff Jake Mickey ("Plaintiff") through the undersigned responds to the following responses to the First Set of Requests for Admission to Plaintiffs (each a "Request" and collectively, the "Requests") by the Defendant University of Delaware ("Defendant"). The following responses are made solely for the purposes of this action. Each response is subject to all objections as to relevance, materiality, and admissibility, and to any and all objections on any ground that would require exclusion of any response if it were introduced in court.

No incidental or implied admissions are intended by these responses. The fact that Plaintiff has objected or responded to any Request shall not be deemed an admission that

1

Plaintiff accepts or admits the existence of any facts set forth or assumed by such Request or that such objection or response constitutes admissible evidence.  The fact that Plaintiff has responded to part or all of any Request is not intended to and shall not be construed to be a waiver by Plaintiff of any part of any objection to any Request.

The responses and objections are made on the basis of information and writing currently available to and located by Plaintiffs upon reasonable investigation.  Plaintiffs expressly reserve the right to modify, revise, supplement, or amend their responses to these Requests in accordance with Fed. R. Civ. P. 26(e).

<u>**RESPONSES TO REQUESTS FOR ADMISSION**</u>

**<u>REQUEST FOR ADMISSION NO. 1</u>:**

Admit that You are currently enrolled at the University.

**<u>RESPONSE TO REQUEST NO. 1</u>:**

Admitted.

**<u>REQUEST FOR ADMISSION NO. 2</u>:**

Admit that You did not apply for any third-party scholarships in connection with your enrollment at the University.

**<u>RESPONSE TO REQUEST NO. 2</u>:**

Admitted.

**<u>REQUEST FOR ADMISSION NO.3</u>:**

Admit that You did not fill out Free Application for Federal Student Aid.

**<u>RESPONSE TO REQUEST NO. 3</u>:**

Admitted.

**REQUEST FOR ADMISSION NO. 4:**

Admit that You did not make any request to the University for a refund of Your tuition for the Spring 2020 semester.

**RESPONSE TO REQUEST NO. 4:**

Admitted.

**REQUEST FOR ADMISSION NO. 5:**

Admit that You did not make any request to the University for a refund of the fees charged by the University for the Spring 2020 semester.

**RESPONSE TO REQUEST NO. 5:**

Admitted.

**REQUEST FOR ADMISSION NO. 6:**

Admit You did not withdraw from the University for the Spring 2020 academic semester.

**RESPONSE TO REQUEST NO. 6:**

Admitted

**REQUEST FOR ADMISSION NO. 7:**

Admit that You did not seek withdraw from the University for the Spring 2020 academic semester.

**RESPONSE TO REQUEST NO. 7:**

Admitted.

**REQUEST FOR ADMISSION NO. 8:**

Admit that You re-enrolled at the University for the Fall 2020 academic semester after knowing that the Fall 2020 Semester would be conducted at least in-part remotely.

**RESPONSE TO REQUEST NO. 8:**

Denied.

**REQUEST FOR ADMISSION NO. 9:**

Admit that, prior to the University's transition to the remote instruction during the Spring 2020 academic semester, not every student at the University used, or participated in services relation to the Student Center Free.

**RESPONSE TO REQUEST NO. 9:**

Denied.  Plaintiff does not have sufficient knowledge and information so as to form a belief as to this request and therefore denies the same.

**REQUEST FOR ADMISSION NO. 10:**

Admit that, prior to the University's transition to remote instruction during the spring 2020 academic semester, not every student at the university used, or participated in services, relating to the Student Center Fee.

**RESPONSE TO REQUEST NO. 10:**

Denied.  Plaintiff does not have sufficient knowledge and information so as to form a belief as to this request and therefore denies the same.

**REQUEST FOR ADMISSION NO. 11:**

Admit that, prior to the University's transition to remote instruction during the spring 2020 academic semester, not every student at the university used, or participated in services, relating to the Student Wellbeing Fee.

**RESPONSE TO REQUEST NO. 11:**

Denied.  Plaintiff does not have sufficient knowledge and information so as to form a belief as to this request and therefore denies the same.

**REQUEST FOR ADMISSION NO. 12:**

Admit that, prior to the University's transition to remote instruction during the spring 2020 academic semester, students were able to participate in (either remotely or in-person) some services, events, or student activities offered by the University.

**RESPONSE TO REQUEST NO. 12:**

Denied.  Plaintiff does not have sufficient knowledge and information so as to form a belief as to this request and therefore denies the same.

**REQUEST FOR ADMISSION NO. 13:**

Admit that You used, or participated in, (either remotely or in person) at least one service, resource, event, or activity (including a student activity) offered by the University after the University's transition to remote instruction during the Spring 2020 academic semester.

**RESPONSE TO REQUEST NO. 13:**

Admitted.

**REQUEST FOR ADMISSION NO. 14:**

Admit that Your degree progress was not slowed or impeded because of the university's shift to remote instruction during the Spring 2020 academic semester.

**RESPONSE TO REQUEST NO. 14:**

Denied.

**REQUEST FOR ADMISSION NO. 15:**

Admit that You completed all courses for which you were enrolled during the Spring 2020 academic semester.

**RESPONSE TO REQUEST NO. 15:**

Denied.

**REQUEST FOR ADMISSION NO. 16:**

Admit that you received full credits for each course that you completed during the Spring 2020 academic semester.

**RESPONSE TO REQUEST NO. 16:**

Admitted.

Dated: May 9, 2022

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**

_____*/s/ Robert J. Kriner, Jr.*_____
Robert J. Kriner, Jr. (#2546)
Scott M. Tucker (#4925)
2711 Centerville Road, Suite 201
Wilmington, DE 19808
(302) 656-2500

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jarisohn@bursor.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (admitted *pro hac vice*)
701 Brickell Avenue, Suite 1420,
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email: swestcot@bursor.com

*Attorneys for Plaintiffs*

6

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PENNY NINIVAGGI, et al., individually and on behalf of all others similarly situated, | Civil Action No. 20-cv-1478-SB |
| *Plaintiffs,* | |
| v. | |
| UNIVERSITY OF DELAWARE, | |
| *Defendant.* | |
| HANNAH RUSSO, et al., individually and on behalf of all others similarly situated, | Civil Action No. 20-cv-1693-SB |
| *Plaintiffs,* | |
| v. | |
| UNIVERSITY OF DELAWARE, | |
| *Defendant.* | |

**PLAINTIFF MICHAEL NINIVAGGI'S RESPONSES TO DEFENDANT**
**UNIVERSITY OF DELAWARE'S FIRST SET OF REQUESTS FOR ADMISSION**

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Plaintiff Michel Ninivaggi ("Plaintiff") through the undersigned responds to the following responses to the First Set of Requests for Admission to Plaintiffs (each a "Request" and collectively, the "Requests") by the Defendant University of Delaware ("Defendant"). The following responses are made solely for the purposes of this action. Each response is subject to all objections as to relevance, materiality, and admissibility, and to any and all objections on any ground that would require exclusion of any response if it were introduced in court.

No incidental or implied admissions are intended by these responses. The fact that Plaintiff has objected or responded to any Request shall not be deemed an admission that

1

Plaintiff accepts or admits the existence of any facts set forth or assumed by such Request or that such objection or response constitutes admissible evidence. The fact that Plaintiff has responded to part or all of any Request is not intended to and shall not be construed to be a waiver by Plaintiff of any part of any objection to any Request.

The responses and objections are made on the basis of information and writing currently available to and located by Plaintiffs upon reasonable investigation. Plaintiffs expressly reserve the right to modify, revise, supplement, or amend their responses to these Requests in accordance with Fed. R. Civ. P. 26(e).

## RESPONSES TO REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that You are currently enrolled at the University.

**RESPONSE TO REQUEST NO. 1:**

Admitted.

**REQUEST FOR ADMISSION NO. 2:**

Admit that You did not apply for any third-party scholarships in connection with your enrollment at the University.

**RESPONSE TO REQUEST NO. 2:**

Denied.

**REQUEST FOR ADMISSION NO.3:**

Admit that You did not fill out Free Application for Federal Student Aid.

**RESPONSE TO REQUEST NO. 3:**

Denied.  Plaintiff's parents filled out a FASFA application on Plaintiff's behalf.

**REQUEST FOR ADMISSION NO. 4:**

Admit that You did not make any request to the University for a refund of Your tuition

for the Spring 2020 semester.

**RESPONSE TO REQUEST NO. 4:**

Admitted.

**REQUEST FOR ADMISSION NO. 5:**

Admit that You did not make any request to the University for a refund of the fees

charged by the University for the Spring 2020 semester.

**RESPONSE TO REQUEST NO. 5:**

Admitted.

**REQUEST FOR ADMISSION NO. 6:**

Admit You did not withdraw from the University for the Spring 2020 academic semester.

**RESPONSE TO REQUEST NO. 6:**

Admitted.

**REQUEST FOR ADMISSION NO. 7:**

Admit that You did not seek withdraw from the University for the Spring 2020 academic

semester.

**RESPONSE TO REQUEST NO. 7:**

Admitted.

**REQUEST FOR ADMISSION NO. 8:**

Admit that You re-enrolled at the University for the Fall 2020 academic semester after

knowing that the Fall 2020 Semester would be conducted at least in-part remotely.

**RESPONSE TO REQUEST NO. 8:**

Denied.

**REQUEST FOR ADMISSION NO. 9:**

Admit that, prior to the University's transition to the remote instruction during the Spring 2020 academic semester, not every student at the University used, or participated in services relation to the Student Center Free.

**RESPONSE TO REQUEST NO. 9:**

Denied.  Plaintiff does not have sufficient knowledge and information so as to form a belief as to this request and therefore denies the same.

**REQUEST FOR ADMISSION NO. 10:**

Admit that, prior to the University's transition to remote instruction during the spring 2020 academic semester, not every student at the university used, or participated in services, relating to the Student Center Fee.

**RESPONSE TO REQUEST NO. 10:**

Denied.  Plaintiff does not have sufficient knowledge and information so as to form a belief as to this request and therefore denies the same.

**REQUEST FOR ADMISSION NO. 11:**

Admit that, prior to the University's transition to remote instruction during the spring 2020 academic semester, not every student at the university used, or participated in services, relating to the Student Wellbeing Fee.

**RESPONSE TO REQUEST NO. 11:**

Denied.  Plaintiff does not have sufficient knowledge and information so as to form a

belief as to this request and therefore denies the same.

**REQUEST FOR ADMISSION NO. 12:**

Admit that, prior to the University's transition to remote instruction during the spring 2020 academic semester, students were able to participate in (either remotely or in-person) some services, events, or student activities offered by the University.

**RESPONSE TO REQUEST NO. 12:**

Denied.  Plaintiff does not have sufficient knowledge and information so as to form a belief as to this request and therefore denies the same.

**REQUEST FOR ADMISSION NO. 13:**

Admit that You used, or participated in, (either remotely or in person) at least one service, resource, event, or activity (including a student activity) offered by the University after the University's transition to remote instruction during the Spring 2020 academic semester.

**RESPONSE TO REQUEST NO. 13:**

Admitted.

**REQUEST FOR ADMISSION NO. 14:**

Admit that Your degree progress was not slowed or impeded because of the university's shift to remote instruction during the Spring 2020 academic semester.

**RESPONSE TO REQUEST NO. 14:**

Denied.

**REQUEST FOR ADMISSION NO. 15:**

Admit that You completed all courses for which you were enrolled during the Spring 2020 academic semester.

**RESPONSE TO REQUEST NO. 15:**

Denied.

**REQUEST FOR ADMISSION NO. 16:**

Admit that you received full credits for each course that you completed during the Spring

2020 academic semester.

**RESPONSE TO REQUEST NO. 16:**

Admitted.

Dated: May 9, 2022                    **CHIMICLES SCHWARTZ KRINER &**
                                      **DONALDSON-SMITH LLP**

                                       _____*/s/ Robert J. Kriner, Jr.*_____
                                      Robert J. Kriner, Jr. (#2546)
                                      Scott M. Tucker (#4925)
                                      2711 Centerville Road, Suite 201
                                      Wilmington, DE 19808
                                      (302) 656-2500

                                      **BURSOR & FISHER, P.A.**
                                      Joshua D. Arisohn (admitted *pro hac vice*)
                                      888 Seventh Avenue
                                      New York, NY 10019
                                      Telephone: (646) 837-7150
                                      Facsimile: (212) 989-9163
                                      Email: jarisohn@bursor.com

                                      **BURSOR & FISHER, P.A.**
                                      Sarah N. Westcot (admitted *pro hac vice*)
                                      701 Brickell Avenue, Suite 1420,
                                      Miami, FL 33131
                                      Telephone: (305) 330-5512
                                      Facsimile: (305) 676-9006
                                      Email: swestcot@bursor.com

                                      *Attorneys for Plaintiffs*

6

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNY NINIVAGGI, et al., individually and on behalf of all others similarly situated, | Civil Action No. 20-cv-1478-SB |
| *Plaintiffs,* | |
| v. | |
| UNIVERSITY OF DELAWARE, | |
| *Defendant.* | |
| HANNAH RUSSO, et al., individually and on behalf of all others similarly situated, | Civil Action No. 20-cv-1693-SB |
| *Plaintiffs,* | |
| v. | |
| UNIVERSITY OF DELAWARE, | |
| *Defendant.* | |

## PLAINTIFF'S RESPONSES TO DEFENDANT UNIVERSITY OF DELAWARE'S FIRST SET OF REQUESTS FOR ADMISSION

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Plaintiff, Hannah Russo ("Plaintiff") through the undersigned responds to the First Set of Requests for Admission to Plaintiffs (each a "Request" and collectively, the "Requests") by the Defendant University of Delaware ("Defendant"). The following responses are made solely for the purposes of this action. Each response is subject to all objections as to relevance, materiality, and admissibility, and to any and all objections on any ground that would require exclusion of any response if it were introduced in court.

1

No incidental or implied admissions are intended by these responses. The fact that Plaintiff has objected or responded to any Request shall not be deemed an admission that Plaintiff accepts or admits the existence of any facts set forth or assumed by such Request or that such objection or response constitutes admissible evidence. The fact that Plaintiff has responded to part or all of any Request is not intended to and shall not be construed to be a waiver by Plaintiff of any part of any objection to any Request.

The responses and objections are made on the basis of information and writing currently available to and located by Plaintiff upon reasonable investigation. Plaintiff expressly reserves the right to modify, revise, supplement, or amend these responses to the Requests in accordance with Fed. R. Civ. P. 26(e).

## RESPONSES TO REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that You are currently enrolled at the University.

**RESPONSE TO REQUEST NO.1:**

Admitted.

**REQUEST FOR ADMISSION NO. 2:**

Admit that You did not apply for any third-party scholarships in connection with your enrollment at the University.

**RESPONSE TO REQUEST NO. 2:**

Admitted.

**REQUEST FOR ADMISSION NO.3:**

Admit that You did not fill out Free Application for Federal Student Aid.

**RESPONSE TO REQUEST NO. 3:**

Denied.

**REQUEST FOR ADMISSION NO. 4:**

Admit that You did not make any request to the University for a refund of Your tuition for the Spring 2020 semester.

**RESPONSE TO REQUEST NO. 4:**

Admitted.

**REQUEST FOR ADMISSION NO. 5:**

Admit that You did not make any request to the University for a refund of the fees charged by the University for the Spring 2020 semester.

**RESPONSE TO REQUEST NO. 5:**

Admitted.

**REQUEST FOR ADMISSION NO. 6:**

Admit You did not withdraw from the University for the Spring 2020 academic semester.

**RESPONSE TO REQUEST NO. 6:**

Admitted.

**REQUEST FOR ADMISSION NO. 7:**

Admit that You did not seek withdraw from the University for the Spring 2020 academic semester.

**RESPONSE TO REQUEST NO. 7:**

Admitted.

**REQUEST FOR ADMISSION NO. 8:**

Admit that You re-enrolled at the University for the Fall 2020 academic semester after knowing that the Fall 2020 Semester would be conducted at least in-part remotely.

**RESPONSE TO REQUEST NO. 8:**

Admitted to the extent that she had a strong belief that not 100% of classes are going to be held remotely.

**REQUEST FOR ADMISSION NO. 9:**

Admit that, prior to the University's transition to the remote instruction during the Spring 2020 academic semester, not every student at the University used, or participated in. services relation to the Student Center Free.

**RESPONSE TO REQUEST NO. 9:**

Denied. Plaintiff does not have sufficient knowledge and information so as to form a belief as to this request and therefore denies the same.

**REQUEST FOR ADMISSION NO. 10:**

Admit that, prior to the University's transition to remote instruction during the spring 2020 academic semester, not every student at the university used, or participated in services, relating to the Student Center Fee.

**RESPONSE TO REQUEST NO. 10:**

Denied. Plaintiff does not have sufficient knowledge and information so as to form a belief as to this request and therefore denies the same.

4

**REQUEST FOR ADMISSION NO. 11:**

Admit that, prior to the University's transition to remote instruction during the spring 2020 academic semester, not every student at the university used, or participated in services, relating to the Student Wellbeing Fee.

**RESPONSE TO REQUEST NO. 11:**

Denied. Plaintiff does not have sufficient knowledge and information so as to form a belief as to this request and therefore denies the same.

**REQUEST FOR ADMISSION NO. 12:**

Admit that, prior to the University's transition to remote instruction during the spring 2020 academic semester, students were able to participate in (either remotely or in-person) some services, events, or student activities offered by the University.

**RESPONSE TO REQUEST NO. 12:**

Denied. Plaintiff does not have sufficient knowledge and information so as to form a belief as to this request and therefore denies the same.

**REQUEST FOR ADMISSION NO. 13:**

Admit that You used, or participated in, (either remotely or in person) at least one service, resource, event, or activity (including a student activity) offered by the University after the University's transition to remote instruction during the Spring 2020 academic semester.

**RESPONSE TO REQUEST NO. 13:**

Admitted.

**REQUEST FOR ADMISSION NO. 14:**

Admit that Your degree progress was not slowed or impeded because of the university's shift to remote instruction during the Spring 2020 academic semester.

**RESPONSE TO REQUEST NO. 14:**

Denied.

**REQUEST FOR ADMISSION NO. 15:**

Admit that You completed all courses for which you were enrolled during the Spring 2020 academic semester.

**RESPONSE TO REQUEST NO. 15:**

Denied.

**REQUEST FOR ADMISSION NO. 16:**

Admit that you received full credits for each course that you completed during the Spring 2020 academic semester.

**RESPONSE TO REQUEST NO. 16:**

Admitted.

Dated: May 9, 2022                          Respectfully Submitted,

                                            **CROSS & SIMON, LLC**

                                            /s/ *Michael L. Vild*
                                            Michael L. Vild (No. 3042)
                                            Christopher P. Simon (No. 3697)
                                            1105 N. Market Street, Suite 901
                                            P.O. Box 1380
                                            Wilmington, Delaware 19801-1380
                                            Tel: (302) 777-4200
                                            Email: csimon@crosslaw.com
                                                     mvild@crosslaw.com

-AND-

**ANASTOPOULO LAW FIRM, LLC**
Eric M. Poulin (*Pro Hac Vice*)
Roy T. Willey, IV (*Pro Hac Vice*)
Blake G. Abbott (*Pro Hac Vice*)
32 Ann Street
Charleston, SC 29403
Tel: (843) 614-8888
Email: eric@akimlawfirm.com
       roy@akimlawfirm.com
       blake@akimlawfirm.com

*ATTORNEYS FOR PLAINTIFF RUSSO*
*AND PROPOSED CLASS*

# EXHIBIT 38

PUBLIC VERSION FILED 9/2/2022

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PENNY NINIVAGGI, et al., individually and on behalf of all others similarly situated, | Civil Action No. 20-cv-1478-SB |
| *Plaintiffs,* | |
| v. | |
| UNIVERSITY OF DELAWARE, | |
| *Defendant.* | |
| HANNAH RUSSO, et al., individually and on behalf of all others similarly situated, | Civil Action No. 20-cv-1693-SB |
| *Plaintiffs,* | |
| v. | |
| UNIVERSITY OF DELAWARE, | |
| *Defendant.* | |

**PLAINTIFF CAILIN NIGRELLI'S RESPONSES TO DEFENDANT**
**UNIVERSITY OF DELAWARE'S SECOND SET OF REQUESTS FOR ADMISSION**

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Plaintiff Cailin Nigrelli ("Plaintiff") through the undersigned responds to the Second Set of Requests for Admission to Plaintiffs (each a "Request" and collectively, the "Requests") by the Defendant University of Delaware ("Defendant"). The following responses are made solely for the purposes of this action. Each response is subject to all objections as to relevance, materiality, and admissibility, and to any and all objections on any ground that would require exclusion of any response if it were introduced in court.

No incidental or implied admissions are intended by these responses. The fact that Plaintiff has objected or responded to any Request shall not be deemed an admission that Plaintiff accepts

1

or admits the existence of any facts set forth or assumed by such Request or that such objection or response constitutes admissible evidence.  The fact that Plaintiff has responded to part or all of any Request is not intended to and shall not be construed to be a waiver by Plaintiff of any part of any objection to any Request.

The responses and objections are made on the basis of information and writing currently available to and located by Plaintiff upon reasonable investigation.  Plaintiff expressly reserves the right to modify, revise, supplement, or amend  responses to these Requests in accordance with Fed. R. Civ. P. 26(e).

## RESPONSES TO REQUESTS FOR ADMISSION

### REQUEST FOR ADMISSION NO. 17 [Incorrectly Labeled as RFA No. 1]:

Admit that the University continued to provide health or medical services, including via video-conference, to its students during the Spring 2020 semester after the University transitioned to remote instruction.

### RESPONSE TO REQUEST NO. 17:

Denied.  Plaintiff does not have sufficient knowledge and information so as to form a belief as to this request and therefore denies the same.

### REQUEST FOR ADMISSION NO. 18 [Incorrectly Labeled as RFA No. 2]:

Admit that the University continued to provide mental health counseling services, including via video-conference, to its students during the Spring 2020 semester after the University transitioned to remote instruction.

### RESPONSE TO REQUEST NO. 18:

Denied.  Plaintiff does not have sufficient knowledge and information so as to form a belief as to this request and therefore denies the same.

**REQUEST FOR ADMISSION NO. 19 [Incorrectly Labeled as RFA No. 3]:**

Admit that the University continued to provide virtual and online student activities, recreational programs, performing arts, student organization activities, student meetings, or student programming to its students during the Spring 2020 semester after the University transitioned to remote instruction.

**RESPONSE TO REQUEST NO. 19:**

Admitted.  The University may have provided some virtual online student programming during Spring 2020 semester.  Plaintiff does not have knowledge of the specific virtual programming provided.  The University did not provide the on-campus student programming, recreational programs, performing arts programs, or student organization activities for which students contracted when enrolling for Spring 2020 semester.

**REQUEST FOR ADMISSION NO. 20 [Incorrectly Labeled as RFA No. 4]:**

Admit that executive orders issued by Delaware Governor John C. Carney prohibited the University from offering in-person instruction during portions of the Spring 2020 semester.

**RESPONSE TO REQUEST NO. 20:**

Denied.  The executive orders issued by Delaware Governor John C. Carney did not specifically prohibit the University from offering in-person instruction.

Dated: May 27, 2022

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**

*/s/ Robert J. Kriner, Jr.*
Robert J. Kriner, Jr. (#2546)
Scott M. Tucker (#4925)
2711 Centerville Road, Suite 201
Wilmington, DE 19808
(302) 656-2500

3

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jarisohn@bursor.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (admitted *pro hac vice*)
701 Brickell Avenue, Suite 1420,
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email: swestcot@bursor.com

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PENNY NINIVAGGI, et al., individually and on behalf of all others similarly situated, | Civil Action No. 20-cv-1478-SB |
| *Plaintiffs,* | |
| v. | |
| UNIVERSITY OF DELAWARE, | |
| *Defendant.* | |
| HANNAH RUSSO, et al., individually and on behalf of all others similarly situated, | Civil Action No. 20-cv-1693-SB |
| *Plaintiffs,* | |
| v. | |
| UNIVERSITY OF DELAWARE, | |
| *Defendant.* | |

**PLAINTIFF JAKE MICKEY'S RESPONSES TO DEFENDANT
UNIVERSITY OF DELAWARE'S SECOND SET OF REQUESTS FOR ADMISSION**

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Plaintiff Jake Mickey ("Plaintiff") through the undersigned responds to the Second Set of Requests for Admission to Plaintiffs (each a "Request" and collectively, the "Requests") by the Defendant University of Delaware ("Defendant"). The following responses are made solely for the purposes of this action. Each response is subject to all objections as to relevance, materiality, and admissibility, and to any and all objections on any ground that would require exclusion of any response if it were introduced in court.

No incidental or implied admissions are intended by these responses. The fact that Plaintiff has objected or responded to any Request shall not be deemed an admission that Plaintiff accepts

1

or admits the existence of any facts set forth or assumed by such Request or that such objection or response constitutes admissible evidence. The fact that Plaintiff has responded to part or all of any Request is not intended to and shall not be construed to be a waiver by Plaintiff of any part of any objection to any Request.

The responses and objections are made on the basis of information and writing currently available to and located by Plaintiff upon reasonable investigation. Plaintiff expressly reserves the right to modify, revise, supplement, or amend responses to these Requests in accordance with Fed. R. Civ. P. 26(e).

## RESPONSES TO REQUESTS FOR ADMISSION

### REQUEST FOR ADMISSION NO. 17 [Incorrectly Labeled as RFA No. 1]:

Admit that the University continued to provide health or medical services, including via video-conference, to its students during the Spring 2020 semester after the University transitioned to remote instruction.

### RESPONSE TO REQUEST NO. 17:

Denied. Plaintiff does not have sufficient knowledge and information so as to form a belief as to this request and therefore denies the same.

### REQUEST FOR ADMISSION NO. 18 [Incorrectly Labeled as RFA No. 2]:

Admit that the University continued to provide mental health counseling services, including via video-conference, to its students during the Spring 2020 semester after the University transitioned to remote instruction.

### RESPONSE TO REQUEST NO. 18:

Denied. Plaintiff does not have sufficient knowledge and information so as to form a belief as to this request and therefore denies the same.

2

**REQUEST FOR ADMISSION NO. 19 [Incorrectly Labeled as RFA No. 3]:**

Admit that the University continued to provide virtual and online student activities, recreational programs, performing arts, student organization activities, student meetings, or student programming to its students during the Spring 2020 semester after the University transitioned to remote instruction.

**RESPONSE TO REQUEST NO. 19:**

Admitted.  The University may have provided some virtual online student programming during Spring 2020 semester.  Plaintiff does not have knowledge of the specific virtual programming provided.  The University did not provide the on-campus student programming, recreational programs, performing arts programs, or student organization activities for which students contracted when enrolling for Spring 2020 semester.

**REQUEST FOR ADMISSION NO. 20 [Incorrectly Labeled as RFA No. 4]:**

Admit that executive orders issued by Delaware Governor John C. Carney prohibited the University from offering in-person instruction during portions of the Spring 2020 semester.

**RESPONSE TO REQUEST NO. 20:**

Denied.  The executive orders issued by Delaware Governor John C. Carney did not specifically prohibit the University from offering in-person instruction.


Dated: May 27, 2022                          **CHIMICLES SCHWARTZ KRINER &**
                                             **DONALDSON-SMITH LLP**

                                             ____*/s/ Robert J. Kriner, Jr.*____
                                             Robert J. Kriner, Jr. (#2546)
                                             Scott M. Tucker (#4925)
                                             2711 Centerville Road, Suite 201
                                             Wilmington, DE 19808
                                             (302) 656-2500

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jarisohn@bursor.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (admitted *pro hac vice*)
701 Brickell Avenue, Suite 1420,
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email: swestcot@bursor.com

*Attorneys for Plaintiff and the Proposed Class*

4

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNY NINIVAGGI, et al., individually and on behalf of all others similarly situated, | Civil Action No. 20-cv-1478-SB |
| *Plaintiffs,* | |
| v. | |
| UNIVERSITY OF DELAWARE, | |
| *Defendant.* | |
| HANNAH RUSSO, et al., individually and on behalf of all others similarly situated, | Civil Action No. 20-cv-1693-SB |
| *Plaintiffs,* | |
| v. | |
| UNIVERSITY OF DELAWARE, | |
| *Defendant.* | |

## PLAINTIFF MICHAEL NINIVAGGI'S RESPONSES TO DEFENDANT <u>UNIVERSITY OF DELAWARE'S SECOND SET OF REQUESTS FOR ADMISSION</u>

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Plaintiff Michel Ninivaggi ("Plaintiff") through the undersigned responds to the First Set of Requests for Admission to Plaintiffs (each a "Request" and collectively, the "Requests") by the Defendant University of Delaware ("Defendant"). The following responses are made solely for the purposes of this action. Each response is subject to all objections as to relevance, materiality, and admissibility, and to any and all objections on any ground that would require exclusion of any response if it were introduced in court.

No incidental or implied admissions are intended by these responses. The fact that Plaintiff has objected or responded to any Request shall not be deemed an admission that Plaintiff accepts

1

or admits the existence of any facts set forth or assumed by such Request or that such objection or response constitutes admissible evidence.  The fact that Plaintiff has responded to part or all of any Request is not intended to and shall not be construed to be a waiver by Plaintiff of any part of any objection to any Request.

The responses and objections are made on the basis of information and writing currently available to and located by Plaintiff upon reasonable investigation.  Plaintiff expressly reserves the right to modify, revise, supplement, or amend responses to these Requests in accordance with Fed. R. Civ. P. 26(e).

## RESPONSES TO REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 17 [Incorrectly Labeled as RFA No. 1]:**

Admit that the University continued to provide health or medical services, including via video-conference, to its students during the Spring 2020 semester after the University transitioned to remote instruction.

**RESPONSE TO REQUEST NO. 17:**

Denied.  Plaintiff does not have sufficient knowledge and information so as to form a belief as to this request and therefore denies the same.

**REQUEST FOR ADMISSION NO. 18 [Incorrectly Labeled as RFA No. 2]:**

Admit that the University continued to provide mental health counseling services, including via video-conference, to its students during the Spring 2020 semester after the University transitioned to remote instruction.

**RESPONSE TO REQUEST NO. 18:**

Denied.  Plaintiff does not have sufficient knowledge and information so as to form a belief as to this request and therefore denies the same.

2

**REQUEST FOR ADMISSION NO. 19 [Incorrectly Labeled as RFA No. 3]:**

Admit that the University continued to provide virtual and online student activities, recreational programs, performing arts, student organization activities, student meetings, or student programming to its students during the Spring 2020 semester after the University transitioned to remote instruction.

**RESPONSE TO REQUEST NO. 19:**

Admitted.  The University may have provided some virtual online student programming during Spring 2020 semester.  Plaintiff does not have knowledge of the specific virtual programming provided.  The University did not provide the on-campus student programming, recreational programs, performing arts programs, or student organization activities for which students contracted when enrolling for Spring 2020 semester.

**REQUEST FOR ADMISSION NO. 20 [Incorrectly Labeled as RFA No. 4]:**

Admit that executive orders issued by Delaware Governor John C. Carney prohibited the University from offering in-person instruction during portions of the Spring 2020 semester.

**RESPONSE TO REQUEST NO. 20:**

Denied.  The executive orders issued by Delaware Governor John C. Carney did not specifically prohibit the University from offering in-person instruction.

Dated: May 27, 2022

**CHIMICLES SCHWARTZ KRINER &**
**DONALDSON-SMITH LLP**

_____*/s/ Robert J. Kriner, Jr.*_____
Robert J. Kriner, Jr. (#2546)
Scott M. Tucker (#4925)
2711 Centerville Road, Suite 201
Wilmington, DE 19808
(302) 656-2500

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jarisohn@bursor.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (admitted *pro hac vice*)
701 Brickell Avenue, Suite 1420,
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email: swestcot@bursor.com

*Attorneys for Plaintiff and the Proposed Class*

4

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PENNY NINIVAGGI, et al., individually and on behalf of all others similarly situated, | Civil Action No. 20-cv-1478-SB |
| *Plaintiffs,* | |
| v. | |
| UNIVERSITY OF DELAWARE, | |
| *Defendant.* | |
| HANNAH RUSSO, et al., individually and on behalf of all others similarly situated, | Civil Action No. 20-cv-1693-SB |
| *Plaintiffs,* | |
| v. | |
| UNIVERSITY OF DELAWARE, | |
| *Defendant.* | |

**PLAINTIFFS' RESPONSES TO DEFENDANT UNIVERSITY OF DELAWARE'S
SECOND SET OF REQUESTS FOR ADMISSION**

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Plaintiff Hannah Russo ("Plaintiff") through the undersigned responds to the Second Set of Requests for Admission to Plaintiff (each a "Request" and collectively, the "Requests") by the Defendant University of Delaware ("Defendant"). The following responses are made solely for the purposes of this action. Each response is subject to all objections as to relevance, materiality, and admissibility, and to any and all objections on any ground that would require exclusion of any response if it were introduced in court.

No incidental or implied admissions are intended by these responses. The fact that Plaintiff

have objected or responded to any Request shall not be deemed an admission that Plaintiff accepts

or admits the existence of any facts set forth or assumed by such Request or that such objection

or response constitutes admissible evidence.  The fact that Plaintiff has responded to part or all

of any Request is not intended to and shall not be construed to be a waiver by Plaintiff of any part

of any objection to any Request.

The responses and objections are made on the basis of information and writing currently

available to and located by Plaintiff upon reasonable investigation.  Plaintiff expressly reserves the

right to modify, revise, supplement, or amend responses to these Requests in accordance with Fed.

R. Civ. P. 26(e).

## RESPONSES TO REQUESTS FOR ADMISSION

### REQUEST FOR ADMISSION NO. 17 [Incorrectly Labelled as Request No. 1]:

Admit that the University continued to provide health or medical services, including via

video-conference, to its students during the Spring 2020 semester after the University transitioned

to remote instruction.

### RESPONSE TO REQUEST NO. 17:

Denied. Plaintiff does not have sufficient knowledge and information so as to form a

belief as to this request and therefore denies the same.

### REQUEST FOR ADMISSION NO. 18: [Incorrectly Labelled as Request No. 2]:

Admit that the University continued to provide mental health counseling services,

including via video-conference, to its students during the Spring 2020 semester after the University

transitioned to remote instruction.

### RESPONSE TO REQUEST NO. 18:

Denied. Plaintiff does not have sufficient knowledge and information so as to form a

belief as to this request and therefore denies the same.

**REQUEST FOR ADMISSION NO.19: [Incorrectly Labelled as Request No. 3]:**

Admit that the University continued to provide virtual and online student activities, recreational programs, performing arts, student organization activities, student meetings, or student programming to its students during the Spring 2020 semester after the University transitioned to remote instruction.

**RESPONSE TO REQUEST NO. 19:**

Admitted. The University may have provided some limited virtual online student programming during Spring 2020 semester.  Plaintiff does not have knowledge of the specific virtual programming provided.   The University did not provide the on-campus student programming, recreational programs, performing arts programs, or student organization activities for which students contracted when enrolling for Spring 2020 semester.

**REQUEST FOR ADMISSION NO. 20: [Incorrectly Labelled as Request No. 4]:**

Admit that executive orders issued by Delaware Governor John C. Carney prohibited the University from offering in-person instruction during portions of the Spring 2020 semester.

**RESPONSE TO REQUEST NO. 20:**

Denied. The executive orders issued by Governor John C. Carney never specifically prohibited the University of Delaware from offering in-person educational instruction.


Dated: May 27, 2022                                    Respectfully Submitted,

**CROSS & SIMON, LLC**

*/s/ Michael L. Vild*
Christopher P. Simon (No. 3697)
Michael L. Vild (No. 3042)
1105 N. Market Street, Suite 901

P.O. Box 1380
Wilmington, Delaware 19801-1380
Tel: (302) 777-4200
Email: csimon@crosslaw.com
         mvild@crosslaw.com

-AND-

**ANASTOPOULO LAW FIRM, LLC**
Eric M. Poulin (*Pro Hac Vice*)
Roy T. Willey, IV (*Pro Hac Vice*)
Blake G. Abbott (*Pro Hac Vice*)
32 Ann Street
Charleston, SC 29403
Tel: (843) 614-8888
Email: eric@akimlawfirm.com
         roy@akimlawfirm.com
         blake@akimlawfirm.com

-AND-

**CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP**
Robert J. Kriner, Jr. (#2546)
Scott M. Tucker (#4925)
2711 Centerville Rd., Suite 201
Wilmington, DE 19808
Tel: (302) 656-2500

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Facsimile: (212) 989-9163
Email: jarisohn@bursor.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot
2665 S. Bayshore Drive, Suite 220
Miami, FL 33133
Tel: (305) 330-5512
Facsimile: (305) 676-9006
Email: swestcot@bursor.com

*ATTORNEYS FOR PLAINTIFFS*

# EXHIBIT 40

PUBLIC VERSION FILE 9/2/2022





# FACTS AND FIGURES

## ABOUT UD (/ABOUT/)

LEADERSHIP (/ABOUT/LEADERSHIP/)                                          +

MISSION (/ABOUT/MISSION/)

EXPERIENCE UD (/ABOUT/VISIT/)

UD AND THE STATE OF DELAWARE (/ABOUT/UD-STATE-DELAWARE/)

HISTORY (/ABOUT/HISTORY/)

FACTS & FIGURES (/ABOUT/FACTS-FIGURES/)                                  —

 UD FINANCIAL PROFILE (/ABOUT/FACTS-FIGURES/FINANCIAL-PROFILE/)

UD COMMUNITY (/ABOUT/UD-COMMUNITY/)

VALUES (/ABOUT/VALUES/)

# ENROLLMENT



**18,618**

undergraduate students



**4,285**

graduate students



**710**

Professional &
Continuing Studies students



**23,613**

total enrollment

**Main Campus:** Newark, Delaware

**Established:** 1743

**Motto:** Knowledge is the light of the mind

**President:** Dennis Assanis

**Employees:** 4,746

UD is a land-grant, sea-grant and space-grant university, tackling the biggest challenges facing our state, nation and the world.

# ACADEMIC PROGRAMS

150+ majors and minors

250+ graduate and post-baccalaureate programs

10 colleges and schools

- College of Agriculture & Natural Resources (/academics/colleges/canr/)

- College of Arts & Sciences (https://www.cas.udel.edu)

- Lerner College of Business & Economics  (https://www.lerner.udel.edu)

- (https://www.lerner.udel.edu)College of Earth, Ocean and Environment (/academics/colleges/ceoe/)

- College of Education & Human Development (https://www.cehd.udel.edu)

- College of Engineering (https://www.engr.udel.edu)

- College of Health Sciences (/academics/colleges/chs/)

- Graduate College (https://www.grad.udel.edu)

- Honors College (https://sites.udel.edu/honors/)

- Biden School (https://www.bidenschool.udel.edu/)

# EXHIBIT 44

REDACTED IN ITS ENTIRETY

# EXHIBIT 45

REDACTED IN ITS ENTIRETY

# EXHIBIT 46

## REDACTED IN ITS ENTIRETY

# EXHIBIT 47

REDACTED IN ITS ENTIRETY

# EXHIBIT 48

REDACTED IN ITS ENTIRETY

# EXHIBIT 49

REDACTED IN ITS ENTIRETY

# EXHIBIT 50

## REDACTED IN ITS ENTIRETY

# EXHIBIT 51

REDACTED IN ITS ENTIRETY