## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNY NINIVAGGI et al., individually and on behalf of all others similarly situated, | Civil Action No. 20-cv-1478-SB |
| *Plaintiffs,* | |
| v. | |
| UNIVERSITY OF DELAWARE, | |
| *Defendant.* | |
| HANNAH RUSSO, individually and on behalf of all others similarly situated, | Civil Action No. 20-cv-1693-SB |
| *Plaintiff,* | |
| v. | |
| UNIVERSITY OF DELAWARE, | |
| *Defendant.* | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 2, 2022, Defendant, the University of

Delaware, served the Expert Report of Benjamin S. Wilner, Ph.D. upon counsel of record via email

as follows:

Robert J. Kriner, Jr., Esquire
Scott M. Tucker, Esquire
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP
2711 Centerville Road
Suite 201
Wilmington, DE 19808
robertkriner@chimicles.com
scotttucker@chimicles.com

*Of Counsel:*
Joshua D. Arisohn, Esquire
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
jarisohn@bursor.com

Sarah N. Westcot, Esquire
BURSOR & FISHER, P.A.
2665 S. Bayshore Drive, Suite 220
Miami, FL. 33133
swestcot@bursor.com

40475764.1

Christopher P. Simon, Esquire
Michael L. Vild, Esquire
CROSS & SIMON, LLC
1105 North Market Street, Suite 901
Wilmington, DE 19801
csimon@crosslaw.com
mvild@crosslaw.com

*Of Counsel*:
Eric M. Poulin, Esquire
Roy T. Willey, IV, Esquire
Blake G. Abbott, Esquire
ANASTOPOULO LAW FIRM, LLC
32 Ann Street
Charleston, SC 29403
eric@akimlawfirm.com
roy@akimlawfirm.com
blake@akimlawfirm.com

**SAUL EWING ARNSTEIN & LEHR LLP**

/s/ *James D. Taylor, Jr.*
James D. Taylor, Jr. (#4009)
Marisa R. De Feo (#6778)
Aubrey J. Morin (#6568)
Juliana G. Clifton (#6980)
1201 N. Market Street, Suite 2300
Wilmington, DE  19801
(302) 421-6800
james.taylor@saul.com
marisa.defeo@saul.com
aubrey.morin@saul.com
juliana.clifton@saul.com

**OF COUNSEL**
**SAUL EWING ARNSTEIN & LEHR LLP**

Jonathan A. Singer (admitted *pro hac vice*)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
(410) 332-8690
jon.singer@saul.com

*Counsel for Defendant University of Delaware*

Dated: September 2, 2022

40475764.1