IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNY NINIVAGGI et al., individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNIVERSITY OF DELAWARE,<br><br>*Defendant*. | Civil Action No. 20-cv-1478-SB |
| HANNAH RUSSO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>UNIVERSITY OF DELAWARE,<br><br>*Defendant*. | Civil Action No. 20-cv-1693-SB |

**DECLARATION OF MARISA R. DE FEO**

Pursuant to 10 Del. C. § 3927, Marisa R. De Feo. hereby declares:

1.  I am an attorney admitted to practice law before this Court.  I am a partner at the law firm of Saul Ewing Arnstein & Lehr LLP, counsel for Defendant University of Delaware.  I submit this declaration in support of Defendant's Motion to Exclude the Expert Testimony of Steven P. Gaskin.

2.  To the best of my knowledge, information and belief, true and correct copies of the following documents are attached hereto as follows:

| Ex. No. | Description |
|---|---|
| 1 | Excerpts of Deposition of Steven P. Gaskin |
| 2 | Expert Report of Steven P. Gaskin |

40583190.1

-2-

| 3 | Plaintiffs' Initial Disclosures |
|---|---|
| 4 | Invoices submitted by AMS and Steven P. Gaskin |
| 5 | Expert Report of Benjamin S. Wilner, Ph.D. |
| 6 | Common Data Set, UD_0240140 |
| 7 | Excerpts of Deposition of Hannah Russo |
| 8 | Affidavit of R. Morrison |
| 9 | Excerpts of Deposition of Colin B. Weir |

SAUL EWING ARNSTEIN & LEHR LLP

/s/*Marisa R. De Feo*
James D. Taylor, Jr. (#4009)
Marisa R. De Feo (#6778)
Juliana G. Clifton (#6980)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
(302) 421-6800
James.taylor@saul.com
Marisa.defeo@saul.com

OF COUNSEL

*Counsel for Defendant University of Delaware*

Jonathan A. Singer (*admitted pro hac vice*)
SAUL EWING ARNSTEIN & LEHR LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
(410) 332-8690

Dated: September 30, 2022