# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNY NINIVAGGI et al., individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNIVERSITY OF DELAWARE,<br><br>*Defendant*. | Civil Action No. 20-cv-1478-SB |
| HANNAH RUSSO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>UNIVERSITY OF DELAWARE,<br><br>*Defendant*. | Civil Action No. 20-cv-1693-SB |

## DECLARATION OF MARISA R. DE FEO

Pursuant to 10 Del. C. § 3927, Marisa R. De Feo. hereby declares:

1. I am an attorney admitted to practice law before this Court. I am a partner at the law firm of Saul Ewing Arnstein & Lehr LLP, counsel for Defendant University of Delaware. I submit this declaration in support of Defendant's Motion to Exclude the Expert Testimony of Colin B. Weir.

2. To the best of my knowledge, information and belief, true and correct copies of the following documents are attached hereto as follows:

| Ex. No. | Description |
|---|---|
| 1 | Excerpts of Deposition of Steven P. Gaskin |
| 2 | Excerpts of Deposition of Colin B. Weir |
| 3 | Plaintiffs' Initial Disclosures |
| 4 | Invoices submitted by AMS |

40584481.2

-2-

| 5  | Invoices submitted by Steven P. Gaskin |
|----|----------------------------------------|
| 6  | Report of Steven P. Gaskin |
| 7  | Declaration of Colin B. Weir |
| 8  | Ex. 49 to Deposition of R. Morgan  2019-2020 Academic calendar dated 11/1/19 |
| 9  | UD_0189403 2019-2020 Academic calendar dated 11/1/2019 |
| 10 | Affidavit of Amanda Steele-Middleton |
| 11 | UD_0207353 COVID-19 Charge Adjustment |
| 12 | Report of Benjamin Wilner |
| 13 | Summary of Spring Data excel spreadsheet |
| 14 | Invoice submitted by Colin B. Weir |
| 15 | UD_0189593 2019-2020 Academic calendar revised April 22, 2020 |

SAUL EWING ARNSTEIN & LEHR LLP

/s/*Marisa R. De Feo*
James D. Taylor, Jr. (#4009)
Marisa R. De Feo (#6778)
Juliana G. Clifton (#6980)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
(302) 421-6800
James.taylor@saul.com
Marisa.defeo@saul.com
Juliana.clifton@saul.com

*Counsel for Defendant University of Delaware*

OF COUNSEL

Jonathan A. Singer (*admitted pro hac vice*)
SAUL EWING ARNSTEIN & LEHR LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
(410) 332-8690


Dated: September 30, 2022