# EXHIBIT 10

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNY NINIVAGGI et al., individually and on behalf of all others similarly situated, | Civil Action No. 20-cv-1478-SB |
| *Plaintiffs,* | |
| v. | |
| UNIVERSITY OF DELAWARE, | |
| *Defendant.* | |
| HANNAH RUSSO, individually and on behalf of all others similarly situated, | Civil Action No. 20-cv-1693-SB |
| *Plaintiff,* | |
| v. | |
| UNIVERSITY OF DELAWARE, | |
| *Defendant.* | |

### AFFIDAVIT OF AMANDA STEELE-MIDDLETON

STATE OF DELAWARE    )
                            ) SS.
COUNTY OF NEW CASTLE  )

      I, Amanda Steele-Middleton, being of lawful age and from my personal knowledge, state:

1.   I am the University Registrar at the University of Delaware (the "University"). I have over fifteen years of experience in higher education. I have been in my current position with the University since February 2020. Prior to my current position at the University, my previous positions in academia included: University Registrar at Wright State University, Registrar at Meredith College and Heidelberg College, and Assistant Registrar at Wright State University.

2.  I am submitting this affidavit as evidence in connection with the University's Motion to Exclude the Expert Testimony of Colin B. Weir ("Motion").  I have reviewed the materials submitted to me by the University's counsel in this case, including the Expert Report of Colin B. Weir.

3.  As the University Registrar, I oversee the Office of the University Registrar ("Registrar's Office").  I was in my current position at the University when the executive orders issued by Governor Carney in response to the pandemic forced the University to quickly transition to remote learning.

4.  The Registrar's Office supports academic operations, including management of the University's catalog and classs schedule, and maintainenance of student academic records, including student transcripts.

5.  As a professional with a great deal of experience in the enrollment and registration of courses, I am qualified to speak on the issues detailed below regarding registration.

6.  The University's Spring 2020 undergraduate class schedule included thousands of course offerings.  Each of those classes met with varying frequency.  For example, some classes met once per week; some twice per week; and some three times per week, among other possibilities.  In addition, some courses, such as independent studies and online asynchronous courses, did not have any formal class meetings during the week.

7.  When registering for classes in the Spring 2020 semester, students utilized the University's online registration portal which listed the classes available and the specific meeting times.  Each student selected the specific courses and times, which of course varies from student to student, and registered for the courses themselves, in the portal, or through an academic advisor.

8.   In my experience, due to the varying meeting times of classes, not all students attend the same number of instructional classes in a given semester. In addition, classes may be cancelled periodically due to a faculty illness or inclement weather, for example.

9.   As set forth in the original academic calendar for the Spring 2020 semester, attached hereto as Exhibit "A," , no instructional classes were held on May 19, 2020 because it was a reading day for students in preparation for final examinations. This reading day remained the same in the revised academic calendar for the Spring 2020 semester, attached hereto as Exhibit "B."

10.  As set forth in the original academic calendar for the Spring 2020 semester, attached hereto as Exhibit "A," no instructional classes were held between May 20, 2020 and May 28, 2020 because students were taking final examinations.  The dates for final examinations remained the same in the revised academic calendar for the Spring 2020 semester, attached hereto as Exhibit "B."

11.  As set forth in the original academic calendar for the Spring 2020 semester, attached hereto as Exhibit "A,"  no instructional classes were held on May 25, 2020 because it was Memorial Day and the University was closed in observance of the Federal holiday.  The observance of Memorial Day remained the same in the revised academic calendar for the Spring 2020 semester, attached hereto as Exhibit "B."

SIGNATURE PAGE TO FOLLOW

_____
Amanda Steele-Middleton


SWORN AND SUBSCRIBED
BEFORE ME this 30th day of September, 2022.

_____
Notary Public | Attorney

JENNIFER M. BECNEL-GUZZO
Attorney at Law - State of Delaware
Notarial Officer Pursuant to
29 Del.C. § 4323(a)(3)
My Commission Has No Expiration Date

My Commission Expires on N|A _____

4

# EXHIBIT A

**University of Delaware**
**2019-2020 ACADEMIC YEAR CALENDAR**

| Graduate Accelerated Session Calendar may be found here. | Information on religious observances at bottom of calendar. |
|---|---|

FOR THE MOST UP-TO-DATE INFORMATION, PLEASE REFER TO THE ONLINE CALENDAR, RATHER THAN A PRINTED VERSION.
PREPARED BY THE OFFICE OF THE UNIVERSITY REGISTRAR. FOR QUESTIONS OR COMMENTS:  registrar@udel.edu    11/01/2019

## Fall Semester 2019

| | | |
|---|---|---|
| Apr 15 | Mon | Fall book orders are due by faculty to the UD Bookstore |
| Apr 22 | Mon | Registration begins for Fall Semester 2019 |
| May 1 | Wed | Undergraduate admission application deadline for first year students entering Fall semester |
| May 1 | Wed | Admissions deposit deadline for admitted freshmen |
| Jun 25 | Tue | New Student Orientation begins |
| Jul 1 | Mon | Deadline for graduate admission applications for Fall 2019. Most programs have earlier deadlines. |
| Jul 24 | Wed | New Student Orientation ends |
| Aug 1 | Thu | Undergraduate tuition/fee payment deadline for Fall 2019 |
| Aug 22-23 | | International Student Orientation |
| Aug 24-26 | | 1743 Welcome Days for new students |
| Aug 24 | Sat | Residence hall check-in for new students; 8:00 a.m. to 2:00 p.m. |
| Aug 24 | Sat | First meal in dining halls for new students - lunch |
| Aug 25 | Sun | Residence hall check-in for returning students 8:00 a.m. to 4:00 p.m. |
| Aug 25 | Sun | First meal in dining halls for returning students - dinner |
| Aug 26 | Mon | Academic Orientations |
| Aug 26 | Mon | Residence hall check-in for returning students: 11:00 a.m. to 3:00 p.m. |
| Aug 26 | Mon | Last day to apply for readmission for Fall 2019 |
| Aug 27 | Tue | Classes begin at 8:00 a.m. |
| Aug 27 | Tue | Graduate/PCS tuition/fee payment deadline for Fall 2019. Classes subject to cancellation after this date. |
| Aug 30 | Fri | Deadline for admission to doctoral candidacy for degrees to be conferred in December 2019 or February 2020 |
| Sep 2 | Mon | Labor Day Holiday - University offices closed; classes suspended. |
| Sep 10 | Tue | Last day to add or drop courses.  After this date, no tuition will be rebated and a $25 processing fee will be charged for change of registration; students withdrawing from courses will receive a grade of 'W' on permanent record. |
| Sep 10 | Tue | Last day to apply for a leave of absence for Fall 2019 |
| Sep 10 | Tue | Deadline for changing dining plan |
| Sep 10 | Tue | **UNDERGRADUATE STUDENTS** - Deadline for completion of deferred examinations and incomplete work (grade I) from Spring Semester 2019 and 2019 Summer Sessions. |
| Sep 16 | Mon | Winter 2020 book orders are due by faculty to UD Bookstore. |
| Sep 16 | Mon | Deadline for filing application for graduate degrees to be conferred in December 2019 |
| Oct 11 | Fri | Fall Break/ Blue Hen Re-Coop Day, classes suspended |
| Oct 11 | Fri | Deadline for midterm grades to be posted in UDSIS |
| Oct 15 | Tue | Spring 2020 book orders are due by Faculty to UD Bookstore. |
| Oct 22 | Tue | Last day to change registration or to withdraw from courses without academic penalty for Fall 2019. |
| Oct 22 | Tue | **GRADUATE STUDENTS** - Deadline for completion of deferred examinations and incomplete work (grade I) from Spring Semester 2019 and 2019 Summer Sessions. |
| Oct 28 | Mon | Registration begins for Winter Session 2020 |
| Nov 11 | Mon | Registration begins for Spring Semester 2020 |
| Nov 14 | Thu | Deadline for receipt of doctoral dissertations and education leadership portfolios for degrees to be conferred in December 2019. |
| Nov. 14 | Thu | Deadline for receipt of master's theses for degrees to be conferred in December 2019 |
| Nov 22 | Fri | Thanksgiving break begins after last class; classes end at 10 p.m. Residence Halls close at 7:00 p.m. |
| Nov 22 | Fri | Last meal in dining halls before Thanksgiving Break - lunch |
| Nov 25-29 | | Classes suspended Monday through Friday for Thanksgiving break |
| Nov 28 | Thu | Holiday - University offices closed. |
| Nov 29 | Fri | Holiday - University offices closed. |
| Dec 1 | Sun | Residence halls re-open at noon. |
| Dec 1 | Sun | First meal in dining halls after Thanksgiving break - dinner |
| Dec 2 | Mon | Classes resume following Thanksgiving break |
| Dec 2 | Mon | Deadline for graduate admission applications for Spring 2020. |
| Dec 2 | Mon | Deadline for filing application for graduate degrees to be conferred in February 2020. |
| Dec 5 | Thu | Last day of classes, classes end at 10:00 p.m. |
| Dec 5 | Thu | Last day for medical leave of absence to be processed |
| Dec 6 | Fri | Reading Day; no examinations scheduled |
| Dec 9 | Mon | Final examinations begin |
| Dec 14 | Sat | Final examinations end. Residence halls close at 10:00 p.m. |
| Dec 14 | Sat | Last meal in dining halls - dinner |
| Dec 18 | Wed | Deadline for 2019 Fall semester grades to be posted to UDSIS |

## Winter Session 2020

| | | |
|---|---|---|
| Sep 16 | Mon | Winter book orders are due by faculty to the UD Bookstore |
| Oct 28 | Mon | Registration begins for Winter Session 2020 |
| Jan 5 | Sun | Residence hall check-in (5-week classes) Noon to 6:00 p.m. |
| Jan 5 | Sun | First meal in dining halls - dinner |
| Jan 6 | Mon | Classes begin at 8:00 a.m. (5-week classes)  Residence hall check-in for Winter Session walk-ins, 9:00 a.m. to 3:00 p.m. |
| Jan 6 | Mon | Tuition/fee payment deadline for Winter Session 2020 |
| Jan 9 | Thu | Last day to add or drop courses. (5-week classes)  After this date, no tuition will be rebated and a $25 processing fee will be charged for change of registration; students withdrawing from courses will receive a grade of 'W' on permanent record. |
| Jan 9 | Thu | Deadline for changing dining plan – 5-week meal plan. |
| Jan 12 | Sun | Residence Hall check-in (4-week classes) Noon to 6:00 p.m. |
| Jan 13 | Mon | Classes begin at 8:00 a.m. (4-week classes)  Residence hall check-in for Winter Session walk-ins, 9:00 a.m. to 3:00 p.m. |
| Jan 15 | Wed | Deadline for receipt of dissertations, education leadership portfolios and master's theses for degrees to be conferred in February 2020. |
| Jan 16 | Thu | Last day to add or drop courses. (4-week classes)  After this date, no tuition will be rebated and a $25 processing fee will be charged for change of registration; students withdrawing from courses will receive a grade of 'W' on permanent record. |
| Jan 16 | Thu | Deadline for changing dining plan – 4-week meal plan |
| Jan 20 | Mon | Martin Luther King Holiday - classes suspended; University offices closed. |
| Jan 24 | Fri | Last day to change registration or withdraw. (5-week classes) |
| Jan 28 | Tue | Last day to change registration or withdraw. (4-week classes) |
| Feb 7 | Fri | Last day of classes |
| Feb 8 | Sat | Final examinations.  Students leaving after Winter Session must checkout of residence hall by 6:00 p.m. |
| Feb 8 | Sat | Last meal in dining halls – dinner |
| Feb 12 | Wed | Deadline for winter session grades to be posted to UDSIS |

## Spring Semester 2020

| | | |
|---|---|---|
| Oct 15 | Tue | Spring book orders are due by faculty to the UD Bookstore. |
| Nov 1 | Fri | Undergraduate admission application deadline for first year and transfer students entering Spring Semester 2020. |
| Nov 11 | Mon | Registration begins for Spring Semester 2020 |
| Dec 2 | Mon | Deadline for graduate admission applications for Spring 2020 |
| Jan 6 | Mon | Undergraduate Tuition/fee payment deadline for Spring 2020 |
| Feb 6 | Thu | Winter International New Student Orientation |
| Feb 7 | Fri | Winter New Student Orientation |
| Feb 7 | Fri | Last day to apply for readmission for Spring 2020 |
| Feb 9 | Sun | Residence hall check-in noon to 6:00 p.m. |
| Feb 9 | Sun | First meal in dining halls  brunch |
| Feb 10 | Mon | Classes begin at 8:00 a.m.  Residence hall check-in 11:00 a.m. - 3:00 p.m. |
| Feb 10 | Mon | Graduate/PCS tuition/fee payment deadline for Spring 2020. Classes subject to cancellation after this date. |
| Feb 14 | Fri | Deadline for filing application for graduate degrees to be conferred in May 2020. |
| Feb 21 | Fri | Last day to add or drop courses.  After this date, no tuition will be rebated and a $25 processing fee will be charged for change of registration; students withdrawing from courses will receive a grade of 'W' on permanent record. |
| Feb 21 | Fri | Last day to apply for a leave of absence for Spring 2020 |
| Feb 21 | Fri | Deadline for changing dining plan |

UD_0189403

| | | |
|---|---|---|
| Feb 21 | Fri | **UNDERGRADUATE STUDENTS** - Deadline for completion of deferred examinations and incomplete work (grade I) from Fall Semester 2019, and Winter Session 2020. |
| Feb 24 | Mon | Deadline for admission to doctoral candidacy for degrees conferred in May 2020. |
| Mar 16 | Mon | Summer 2020 book orders are due by faculty to UD Bookstore. |
| Mar 23 | Mon | **GRADUATE STUDENTS** - Deadline for completion of deferred examinations and incomplete work (grade I) from Fall Semester 2019 and Winter Session 2020. |
| Mar 27 | Fri | Deadline for midterm grades to be posted to UDSIS |
| Mar 27 | Fri | Spring break begins after last scheduled class; Residence halls close at 7:00 p.m. |
| Mar 27 | Fri | Last meal in dining halls before Spring break - dinner |
| Apr 5 | Sun | Residence halls re-open at noon. |
| Apr 5 | Sun | First meal in dining halls after Spring break - dinner |
| Apr 6 | Mon | Classes resume after Spring break at 8:00 a.m. |
| Apr 6 | Mon | Registration for 2020 Summer Sessions begins |
| Apr 6 | Mon | Deadline for graduate admission applications for June 2020. |
| Apr 13 | Mon | Last day to change registration or to withdraw from courses without academic penalty for Spring 2020. |
| Apr 13 | Mon | Deadline for receipt of doctoral dissertations and education leadership portfolios for degrees conferred in May 2020. |
| Apr 15 | Wed | Fall 2020 book orders are due by Faculty to UD Bookstore. |
| Apr 20 | Mon | Registration begins for Fall Semester 2020 |
| Apr 20 | Mon | Deadline for receipt of master's thesis for degrees to be conferred in May 2020. |
| May 1 | Fri | Undergraduate admission application deadline for first year students entering Fall 2020 |
| May 1 | Fri | Admissions deposit deadline for first year students |
| May 1 | Fri | Deadline for admission to doctoral candidacy for degrees to be conferred in August 2020. |
| May 4 | Mon | Deadline for filing application for graduate degrees to be conferred in August 2020. |
| May 18 | Mon | Last class day; classes end at 10:00 p.m. |
| May 18 | Mon | Last day for medical leave of absence to be processed |
| May 19 | Tue | Reading Day, no examinations scheduled. |
| May 20 | Wed | Final examinations begin. |
| May 25 | Mon | Memorial Day observed; no exams, offices closed |
| May 28 | Thu | Final examinations end. Residence Halls close at 10:00 p.m. (except for graduating students). |
| May 28 | Thu | Last meal in dining halls - dinner |
| May 29 | Fri | Honors degree breakfast, Doctoral Hooding and some college convocations. |
| May 30 | Sat | Commencement followed by remaining college convocations. |
| May 30 | Sat | Residence halls close at 6:00 p.m. for graduating students. |
| Jun 1 | Mon | Deadline for Spring semester grades to be posted to UDSIS |
| Jun 5 | Fri | Alumni Weekend begins |

**First Summer Session 2020**

| | | |
|---|---|---|
| Mar 16 | Mon | Summer book orders are due by faculty to the UD Bookstore. |
| Apr 6 | Mon | Registration for 2020 Summer Sessions begins |
| May 1 | Fri | Deadline for admission to doctoral candidacy for degrees to be conferred in August 2020. |
| May 4 | Mon | Deadline for filing application for graduate degrees to be conferred in August 2020. |
| Jun 7 | Sun | Residence hall check-in for 5 and 7½ week sessions, noon to 5 p.m. |
| Jun 7 | Sun | First meal in dining halls - dinner |
| Jun 8 | Mon | Classes begin at 8:00 a.m. - First Summer Session |

| | | |
|---|---|---|
| Jun 8 | Mon | Tuition/fee payment deadline First Summer Session |
| Jun 11 | Thu | Last day to add or drop courses for First Summer Session. After this date, no tuition will be rebated and a $25 processing fee will be charged for change of registration; students withdrawing from courses will receive a grade of 'W' on permanent record. |
| Jun 11 | Thu | Deadline for change in Dining plan. |
| Jun 25 | Thu | Last day to change registration or to withdraw from courses - first summer session (5-week course). |
| Jul 1 | Wed | Deadline for graduate admission applications for Fall 2020. Most programs have earlier deadlines. |
| Jul 3 | Fri | Independence Day Holiday observed; Classes suspended; University Offices closed.  All dining services are closed. |
| Jul 7 | Tue | Last day to change registration or to withdraw from courses - first summer session (7½-week course). |
| Jul 10 | Fri | Classes end – 5-week Summer Session. |
| Jul 11 | Sat | Final examinations- 5-week Summer Session.  Students attending 5-week summer session to check out of residence halls by 7:00 p.m. |
| Jul 15 | Wed | Deadline for 5-week Summer Session grades to be posted to UDSIS. |
| Jul 27 | Mon | Classes end – 7½-week Summer Session classes meeting Monday/Wednesday. |
| Jul 28 | Tue | Classes end – 7½-week Summer Session classes meeting Tuesday/Thursday. |
| Jul 29 | Wed | Final exams - 7½-week Summer Session classes meeting Monday/Wednesday. |
| Jul 30 | Thu | Final exams - 7½-week Summer Session classes meeting Tuesday/Thursday.  Students attending 7½-week sessions to check out of residence halls by 7:00 p.m. |
| Aug 3 | Mon | Deadline for 7½-week Summer Session grades to be posted to UDSIS. |

**Second Summer Session 2020**

| | | |
|---|---|---|
| Mar 16 | Mon | Summer book orders are due by faculty to the UD Bookstore. |
| Apr 6 | Mon | Registration for 2020 Summer Sessions begins. |
| Jul 12 | Sun | Residence halls check-in noon to 5:00 p.m. |
| Jul 13 | Mon | Classes begin at 8:00 a.m. - Second Summer Session |
| Jul 13 | Mon | Tuition/fee payment deadline for Second Summer Session. |
| Jul 13 | Mon | Deadline for receipt of doctoral dissertations, education leadership portfolios and master's theses for degrees to be conferred in August 2020. |
| Jul 16 | Thu | Last day to add or drop courses for Second Summer Session. After this date, no tuition will be rebated and a $25 processing fee will be charged for change of registration; students withdrawing from courses will receive a grade of 'W' on permanent record. |
| Jul 16 | Thu | Deadline for change in Dining plans. |
| Jul 30 | Thu | Last day to change registration or to withdraw from courses - Second Summer Session. |
| Aug 13 | Thu | Last day of classes – Second Summer Session. |
| Aug 14 | Fri | Final examinations. Residence halls close for Second Summer Session at 7:00 p.m. |
| Aug 14 | Fri | Last meal in dining halls - dinner. |
| Aug 18 | Tues | Deadline for Second Summer Session grades to be posted to UDSIS. |

---

### RELIGIOUS OBSERVANCES

Sunday, September 29, 2019 – Rosh Hashanah begins at sundown, continues next 2 days
Tuesday, October 8, 2019– Yom Kippur begins at sundown, continues following day
Wednesday, April 8, 2020 - Passover begins, continues for 7 days
Friday, April 10, 2020 – Good Friday

*See policy in Faculty Handbook on* **excused absences.** *Comprehensive List of Observances can be found here:* **Interfaith calendar**

UD_0189404

# EXHIBIT B

**University of Delaware**
**2019-2020 ACADEMIC YEAR CALENDAR**

| Graduate Accelerated Session Calendar may be found here. | Information on religious observances at bottom of calendar. |

FOR THE MOST UP-TO-DATE INFORMATION, PLEASE REFER TO THE ONLINE CALENDAR, RATHER THAN A PRINTED VERSION.
PREPARED BY THE OFFICE OF THE UNIVERSITY REGISTRAR. FOR QUESTIONS OR COMMENTS:   registrar@udel.edu   4/22/2020

## Fall Semester 2019

| | | |
|---|---|---|
| Apr 15 | Mon | Fall book orders are due by faculty to the UD Bookstore |
| Apr 22 | Mon | Registration begins for Fall Semester 2019 |
| May 1 | Wed | Undergraduate admission application deadline for first year students entering Fall semester |
| May 1 | Wed | Admissions deposit deadline for admitted freshmen |
| Jun 25 | Tue | New Student Orientation begins |
| Jul 1 | Mon | Deadline for graduate admission applications for Fall 2019. Most programs have earlier deadlines. |
| Jul 24 | Wed | New Student Orientation ends |
| Aug 1 | Thu | Undergraduate tuition/fee payment deadline for Fall 2019 |
| Aug 22-23 | | International Student Orientation |
| Aug 24-26 | | 1743 Welcome Days for new students |
| Aug 24 | Sat | Residence hall check-in for new students; 8:00 a.m. to 2:00 p.m. |
| Aug 24 | Sat | First meal in dining halls for new students - lunch |
| Aug 25 | Sun | Residence hall check-in for returning students 8:00 a.m. to 4:00 p.m. |
| Aug 25 | Sun | First meal in dining halls for returning students - dinner |
| Aug 26 | Mon | Academic Orientations |
| Aug 26 | Mon | Residence hall check-in for returning students: 11:00 a.m. to 3:00 p.m. |
| Aug 26 | Mon | Last day to apply for readmission for Fall 2019 |
| Aug 27 | Tue | Classes begin at 8:00 a.m. |
| Aug 27 | Tue | Graduate/PCS tuition/fee payment deadline for Fall 2019. Classes subject to cancellation after this date. |
| Aug 30 | Fri | Deadline for admission to doctoral candidacy for degrees to be conferred in December 2019 or February 2020 |
| Sep 2 | Mon | Labor Day Holiday- University offices closed; classes suspended. |
| Sep 10 | Tue | Last day to add or drop courses. After this date, no tuition will be rebated and a $25 processing fee will be charged for change of registration; students withdrawing from courses will receive a grade of 'W' on permanent record. |
| Sep 10 | Tue | Last day to apply for a leave of absence for Fall 2019 |
| Sep 10 | Tue | Deadline for changing dining plan |
| Sep 10 | Tue | **UNDERGRADUATE STUDENTS** - Deadline for completion of deferred examinations and incomplete work (grade I) from Spring Semester 2019 and 2019 Summer Sessions. |
| Sep 16 | Mon | Winter 2020 book orders are due by faculty to UD Bookstore. |
| Sep 16 | Mon | Deadline for filing application for graduate degrees to be conferred in December 2019 |
| Oct 11 | Fri | Fall Break/ Blue Hen Re-Coop Day, classes suspended |
| Oct 11 | Fri | Deadline for midterm grades to be posted in UDSIS |
| Oct 15 | Tue | Spring 2020 book orders are due by Faculty to UD Bookstore. |
| Oct 22 | Tue | Last day to change registration or to withdraw from courses without academic penalty for Fall 2019. |
| Oct 22 | Tue | **GRADUATE STUDENTS** - Deadline for completion of deferred examinations and incomplete work (grade I) from Spring Semester 2019 and 2019 Summer Sessions. |
| Oct 28 | Mon | Registration begins for Winter Session 2020 |
| Nov 11 | Mon | Registration begins for Spring Semester 2020 |
| Nov 14 | Thu | Deadline for receipt of doctoral dissertations and education leadership portfolios for degrees to be conferred in December 2019. |
| Nov. 14 | Thu | Deadline for receipt of master's theses for degrees to be conferred in December 2019 |
| Nov 22 | Fri | Thanksgiving break begins after last class, classes end at 10 p.m. Residence Halls close at 10 p.m. |
| Nov 22 | Fri | Last meal in dining halls before Thanksgiving Break - lunch |
| Nov 25-29 | | Classes suspended Monday through Friday for Thanksgiving break |
| Nov 28 | Thu | Holiday - University offices closed. |
| Nov 29 | Fri | Holiday - University offices closed. |
| Dec 1 | Sun | Residence halls re-open at noon. |
| Dec 1 | Sun | First meal in dining halls after Thanksgiving break- dinner |
| Dec 2 | Mon | Classes resume following Thanksgiving break |
| Dec 2 | Mon | Deadline for graduate admission applications for Spring 2020. |
| Dec 2 | Mon | Deadline for filing application for graduate degrees to be conferred in February 2020. |

| | | |
|---|---|---|
| Dec 5 | Thu | Last day of classes, classes end at 10:00 p.m. |
| Dec 5 | Thu | Last day for medical leave of absence to be processed |
| Dec 6 | Fri | Reading Day: no examinations scheduled |
| Dec 9 | Mon | Final examinations begin |
| Dec 14 | Sat | Final examinations end. Residence halls close at 10:00 p.m. |
| Dec 14 | Sat | Last meal in dining halls - dinner |
| Dec 18 | Wed | Deadline for 2019 Fall semester grades to be posted to UDSIS |

## Winter Session 2020

| | | |
|---|---|---|
| Sep 16 | Mon | Winter book orders are due by faculty to the UD Bookstore |
| Oct 28 | Mon | Registration begins for Winter Session 2020 |
| Jan 3 | Fri | Last day to apply for readmission for Winter 2020 |
| Jan 5 | Sun | Residence hall check-in (5-week classes) Noon to 6:00 p.m. |
| Jan 5 | Sun | First meal in dining halls - dinner |
| Jan 6 | Mon | Classes begin at 8:00 a.m. (5-week classes) Residence hall check-in for Winter Session walk-in, 9:00 a.m. to 3:00 p.m. |
| Jan 6 | Mon | Tuition/fee payment deadline for Winter Session 2020. |
| Jan 9 | Thu | Last day to add or drop courses. (5-week classes) After this date, no tuition will be rebated and a $25 processing fee will be charged for change of registration; students withdrawing from courses will receive a grade of 'W' on permanent record. |
| Jan 9 | Thu | Deadline for changing dining plan - 5 week meal plan. |
| Jan 12 | Sun | Residence Hall check-in (4-week classes) Noon to 6:00 p.m. |
| Jan 13 | Mon | Classes begin at 8:00 a.m. (4-week classes) Residence hall check-in for Winter Session walk-ins, 9:00 a.m. to 3:00 p.m. |
| Jan 15 | Wed | Deadline for receipt of dissertations, education leadership portfolios and master's theses for degrees to be conferred in February 2020. |
| Jan 16 | Thu | Last day to add or drop courses. (4-week classes) After this date, no tuition will be rebated and a $25 processing fee will be charged for change of registration; students withdrawing from courses will receive a grade of 'W' on permanent record. |
| Jan 16 | Thu | Deadline for changing dining plan – 4-week meal plan |
| Jan 20 | Mon | Martin Luther King Holiday - classes suspended; University offices closed. |
| Jan 24 | Fri | Last day to change registration or withdraw. (5-week classes) |
| Jan 28 | Tue | Last day to change registration or withdraw. (4-week classes) |
| Feb 7 | Fri | Last day of classes |
| Feb 8 | Sat | Final examinations. Students leaving after Winter Session must checkout of residence hall by 6:00 p.m. |
| Feb 8 | Sat | Last meal in dining halls - dinner |
| Feb 12 | Wed | Deadline for winter session grades to be posted to UDSIS |

## Spring Semester 2020

| | | |
|---|---|---|
| Oct 15 | Tue | Spring book orders are due by faculty to the UD Bookstore. |
| Nov 1 | Fri | Undergraduate admission application deadline for first year and transfer students entering Spring Semester 2020. |
| Nov 11 | Mon | Registration begins for Spring Semester 2020 |
| Dec 2 | Mon | Deadline for graduate admission applications for Spring 2020 |
| Jan 6 | Mon | Undergraduate Tuition/fee payment deadline for Spring 2020 |
| Feb 6 | Thu | Winter International New Student Orientation |
| Feb 7 | Fri | Winter New Student Orientation |
| Feb 7 | Fri | Last day to apply for readmission for Spring 2020 |
| Feb 9 | Sun | Residence hall check-in noon to 6:00 p.m. |
| Feb 9 | Sun | First meal in dining halls – brunch |
| Feb 10 | Mon | Classes begin at 8:00 a.m. Residence hall check-in 11:00 a.m. - 3:00 p.m. |
| Feb 10 | Mon | Graduate/PCS tuition/fee payment deadline for Spring 2020. Classes subject to cancellation after this date. |
| Feb 14 | Fri | Deadline for filing application for graduate degrees to be conferred in May 2020. |
| Feb 21 | Fri | Last day to add or drop courses. After this date, no tuition will be rebated and a $25 processing fee will be charged for change of registration; students withdrawing from courses will receive a grade of 'W' on permanent record. |
| Feb 21 | Fri | Last day to apply for a leave of absence for Spring 2020 |
| Feb 21 | Fri | Deadline for changing dining plan |

| | | |
|---|---|---|
| Feb 21 | Fri | **UNDERGRADUATE STUDENTS** - Deadline for completion of deferred examinations and incomplete work (grade I) from Fall Semester 2019, and Winter Session 2020. |
| Feb 24 | Mon | Deadline for admission to doctoral candidacy for degrees conferred in May 2020. |
| Mar 12-13 | | **Classes suspended |
| Mar 14-29 | | **Spring break |
| Mar 16 | Mon | Summer 2020 book orders are due by faculty to UD Bookstore. |
| Mar 30 | Mon | **Classes resume in online format |
| Apr 6 | Mon | Deadline for graduate admission applications for June 2020. |
| Apr 10 | Fri | **Deadline for midterm grades to be posted to UDSIS |
| Apr 13 | Mon | **There is some flexibility in deadlines for submission of doctoral dissertations and education leadership portfolios for degrees conferred in May 2020. Please contact Mary Martin for additional details. |
| Apr 15 | Wed | Fall 2020 book orders are due by Faculty to UD Bookstore. |
| Apr 20 | Mon | **Registration for 2020 Summer Sessions begins |
| Apr 20 | Mon | **There is some flexibility in deadlines for receipt of master's thesis for degrees to be conferred in May 2020. Please contact Mary Martin for additional details. |
| May 1 | Fri | **Last day to change registration or to withdraw from courses without academic penalty for Spring 2020 |
| May 1 | Fri | Undergraduate admission application deadline for first year students entering Fall 2020 |
| May 1 | Fri | Admissions deposit deadline for first year students |
| May 1 | Fri | Deadline for admission to doctoral candidacy for degrees to be conferred in August 2020. |
| May 4 | Mon | **Registration begins for Fall Semester 2020 |
| May 4 | Mon | Deadline for filing application for graduate degrees to be conferred in August 2020. |
| May 15 | Fri | **GRADUATE STUDENTS** - Deadline for completion of deferred examinations and incomplete work (grade I) from Fall Semester 2019 and Winter Session 2020. |
| May 18 | Mon | Last class day; classes end at 10:00 p.m. |
| May 18 | Mon | Last day for medical leave of absence to be processed |
| May 19 | Tue | Reading Day, no examinations scheduled. |
| May 20 | Wed | Final examinations begin. |
| May 25 | Mon | Memorial Day observed; no exams, offices closed |
| May 28 | Thu | Final examinations end. |
| May 29 | Fri | **Postponed -Honors degree breakfast, Doctoral Hooding and some college convocations. |
| May 30 | Sat | **Postponed -Commencement followed by remaining college convocations. |
| Jun 1 | Mon | Deadline for Spring semester grades to be posted to UDSIS |
| Jun 5 | Fri | ** Canceled - Alumni Weekend begins |
| Jun 9 | Tue | **Last day to submit a change from letter grade to High Pass/Mid Pass grading option |

**First Summer Session 2020**

| | | |
|---|---|---|
| Mar 16 | Mon | Summer book orders are due by faculty to the UD Bookstore. |
| Apr 20 | Mon | **Registration for 2020 Summer Sessions begins |
| May 1 | Fri | Deadline for admission to doctoral candidacy for degrees to be conferred in August 2020. |
| May 4 | Mon | Deadline for filing application for graduate degrees to be conferred in August 2020. |
| Jun 5 | Fri | Last day to apply for readmission for Summer 2020 |
| Jun 8 | Mon | Classes begin at 8:00 a.m. - First Summer Session |
| Jun 8 | Mon | Tuition/fee payment deadline First Summer Session |
| Jun 11 | Thu | **Last day to add courses for First Summer Session (5-week and 7.5 week). |

| | | |
|---|---|---|
| Jun 19 | Fri | **Last day to drop courses for First Summer Session. (5-week and 7.5 week) After this date, no tuition will be rebated and a $25 processing fee will be charged for change of registration; students withdrawing from courses will receive a grade of 'W' on permanent record. |
| Jun 25 | Thu | Deadline for graduate admission applications for Fall 2020. Most programs have earlier deadlines. |
| Jul 1 | Wed | Last day to change registration or to withdraw from courses - first summer session (5-week course). |
| Jul 3 | Fri | Independence Day Holiday observed; Classes suspended; University Offices closed. All dining services are closed. |
| Jul 7 | Tue | Last day to change registration or to withdraw from courses - first summer session (7½-week course). |
| Jul 10 | Fri | Classes end – 5-week Summer Session. |
| Jul 11 | Sat | Final examinations- 5-week Summer Session. Students attending 5-week summer session to check out of residence halls by 7:00 p.m. |
| Jul 15 | Wed | Deadline for 5-week Summer Session grades to be posted to UDSIS. |
| Jul 27 | Mon | Classes end – 7½-week Summer Session classes meeting Monday/Wednesday. |
| Jul 28 | Tue | Classes end – 7½-week Summer Session classes meeting Tuesday/Thursday. |
| Jul 29 | Wed | Final exams – 7½-week Summer Session classes meeting Monday/Wednesday. |
| Jul 30 | Thu | Final exams – 7½-week Summer Session classes meeting Tuesday/Thursday. |
| Aug 3 | Mon | Deadline for 7½-week Summer Session grades to be posted to UDSIS. |

**Second Summer Session 2020**

| | | |
|---|---|---|
| Apr 20 | Mon | **Registration for 2020 Summer Sessions begins. |
| Jul 13 | Mon | Classes begin at 8:00 a.m. - Second Summer Session |
| Jul 13 | Mon | Tuition/fee payment deadline for Second Summer Session. |
| Jul 13 | Mon | Deadline for receipt of doctoral dissertations, education leadership portfolios and master's theses for degrees to be conferred in August 2020. |
| Jul 16 | Thu | **Last day to add courses for Second Summer Session. |
| Jul 24 | Fri | **Last day to drop courses for Second Summer Session. After this date, no tuition will be rebated and a $25 processing fee will be charged for change of registration; students withdrawing from courses will receive a grade of 'W' on permanent record. |
| Jul 30 | Thu | Last day to change registration or to withdraw from courses - Second Summer Session. |
| Aug 13 | Thu | Last day of classes – Second Summer Session. |
| Aug 14 | Fri | Final examinations. |
| Aug 18 | Tues | Deadline for Second Summer Session grades to be posted to UDSIS. |

**Summer Session 2020 – 10-week classes**

| | | |
|---|---|---|
| Jun 17 | Wed | **Last day to add 10-week courses. |
| Jun 19 | Fri | **Last day to drop 10-week courses. After this date, no tuition will be rebated and a $25 processing fee will be charged for change of registration; students withdrawing from courses will receive a grade of 'W' on permanent record. |
| Jul 16 | Thu | Last day to change registration or withdraw from courses |
| Aug 14 | Fri | Last day of final exams |

---

### RELIGIOUS OBSERVANCES

Sunday, September 29, 2019 – Rosh Hashanah begins at sundown, continues next 2 days

Tuesday, October 8, 2019– Yom Kippur begins at sundown, continues following day

Wednesday, April 8, 2020 - Passover begins, continues for 7 days

Friday, April 10, 2020 – Good Friday

*See policy in Faculty Handbook on excused absences.*
*Comprehensive List of Observances can be found here: Interfaith calendar*

---

** Changes due to Coronavirus COVID-19 Pandemic