UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL NINIVAGGI, JAKE MICKEY, CAILIN NIGRELLI and HANNAH RUSSO, individually and on behalf of all others similarly situated,<br><br>     *Plaintiffs*,<br><br> v.<br><br>UNIVERSITY OF DELAWARE,<br><br>     *Defendant*. | Civil Action No. 20-cv-1478-SB |

## JOINT STIPULATION AND ORDER

**WHEREAS**, on September 30, 2022 Defendant filed two separate motions to exclude the expert testimony of Steven P. Gaskin and Colin B. Weir (ECF No. 103-106);

**WHEREAS**, on October 21, 2022 Plaintiffs filed their oppositions to Defendant's motions to exclude the expert testimony of Steven P. Gaskin and Colin B. Weir (ECF No. 112-113);

**WHEREAS**, Defendant's replies in support of its motions to exclude the expert testimony of Steven P. Gaskin and Colin B. Weir are currently due on November 11, 2022;

**WHEREAS**, Defendant requires additional time to file its replies in support of the motions to exclude the expert testimony of Steven P. Gaskin and Colin B. Weir;

**WHEREAS**, this is the first request for an extension of the briefing schedule for the motions to exclude the expert testimony of Steven P. Gaskin and Colin B. Weir;

**WHEREAS**, on October 25, 2022 Plaintiffs filed a motion to exclude the expert testimony of Benjamin S. Wilner (ECF No. 114-115);

40723598.1

**WHEREAS**, Defendant's opposition to the motion to exclude the expert testimony of Benjamin S. Wilner is currently due on November 8, 2022;

**WHEREAS**, Defendant requires additional time to respond to the motion to exclude the expert testimony of Benjamin S. Wilner;

**WHEREAS**, this is the first request for an extension of the briefing schedule for the motion to exclude the expert testimony of Benjamin S. Wilner;

**WHEREAS**, on October 28, 2022 Defendant filed a motion for summary judgment (ECF No. 117-119);

**WHEREAS**, Plaintiffs opposition to the motion for summary judgment is currently due on November 14, 2022;

**WHEREAS**, Plaintiffs require additional time to respond to the motion for summary judgment;

**WHEREAS**, this is the first request for an extension of the briefing schedule for the motion for summary judgment;

**IT IS HEREBY STIPULATED AND AGREED**, subject to the approval of the Court, as follows:

1. Defendant shall file its response to Plaintiffs' motion to exclude the expert testimony of Benjamin S. Wilner on November 30, 2022;

2. Plaintiff shall file its reply in further support of Plaintiffs' motion to exclude the expert testimony of Benjamin S. Wilner on December 16, 2022;

3. Defendant shall file its reply in support of its motions to exclude the expert testimony of Stephen P. Gaskin and Colin B. Weir on November 30, 2022;

4. Plaintiffs shall file their opposition to the Defendant's motion for summary judgment on December 5, 2022;

5. Defendant shall file its in reply in further support of its motion for summary judgment on December 22, 2022.

3

40723598.1

Dated: October 31, 2022

| | |
|---|---|
| **CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP** | **SAUL EWING ARNSTEIN & LEHR LLP** |
| _/s/ Robert J. Kriner, Jr._ | _/s/ James D. Taylor, Jr._ |
| Robert J. Kriner, Jr. (#2546) | James D. Taylor, Jr. (#4009) |
| Scott M. Tucker (#4925) | 1201 N. Market Street, Suite 2300 |
| 2711 Centerville Road, Suite 201 | P.O. Box 1266 |
| Wilmington, DE 19808 | Wilmington, Delaware 19899 |
| (302) 656-2500 | (302) 421-6800 |
| robertkriner@chimicles.com | James.Taylor@saul.com |
| _Attorneys For Plaintiffs_ | _Attorney for Defendant_ |

**IT IS SO ORDERED**

_____
The Honorable Stephanos Bibas
UNITED STATES CIRCUIT JUDGE