IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL NINIVAGGI, JAKE MICKEY, CAILIN NIGRELLI and HANNAH RUSSO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF DELAWARE,<br><br>Defendant. | C.A. No. 20-cv-1478-SB |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE THAT effective March 1, 2022, Anastopoulo Law Firm, LLC changed its name to Poulin | Willey | Anastopoulo, LLC. All future reference to the firm in this matter should be to Poulin | Willey | Anastopoulo, LLC. The firm's and its lawyers' addresses, phone numbers, email addresses, and fax numbers have not been affected by this change. Attorneys of record for Plaintiff Hannah Russo, will be as follows, reflecting a change of firm name:

Roy Willey
Eric Poulin
Paul Doolittle
Blake G. Abbott
**Poulin | Willey | Anastopoulo, LLC**
32 Ann Street
Charleston, SC 29403
Tel: 843-614-8888
Email: roy@akimlawfirm.com
eric@akimlawfirm.com
blake@akimlawfirm.com
pauld@akimlawfirm.com

Dated: January 10, 2023

**CROSS & SIMON, LLC**

/*s/ Michael L. Vild*
Michael L. Vild (No. 3042)
Christopher P. Simon (No. 3697)
1105 N. Market Street, Suite 901
Wilmington, Delaware 19801
(302) 777-4200
mvild@crosslaw.com
csimon@crosslaw.com

**POULIN | WILLEY | ANASTOPOULO, LLC**
Blake G. Abbott
Paul Doolittle
32 Ann Street
Charleston, SC 29403
Tel: (843) 614-8888
Email: blake@akimlawfirm.com
          pauld@akimlawfirm.com

*Attorneys for Plaintiff Hannah Russo*

2