IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PENNY NINIVAGGI et al., individually and on behalf of all others similarly situated,

        *Plaintiffs*,

   v.

UNIVERSITY OF DELAWARE,

        *Defendant*.

No. 20-cv-1478-SB

---

HANNAH RUSSO, individually and on behalf of all others similarly situated,

        *Plaintiff*,

   v.

UNIVERSITY OF DELAWARE,

        *Defendant*.

No. 20-cv-1693-SB

---

### ORDER

1. I **GRANT** plaintiffs' motion to certify the class. D.I. 75. I certify a class defined as: "All undergraduate students enrolled in classes at the University of Delaware during the Spring 2020 semester who paid tuition."

2. I **APPOINT** plaintiffs to serve as class representatives.

3. I **APPOINT** Bursor & Fisher to serve as class counsel.

4. Under Fed. R. Civ. P. 23(c)(2)(B), I "must direct to class members the best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort." I **ORDER** the parties to submit a joint proposal for the content of the notice and method for communicating it to the class by Friday, April 14, 2023 at 5:00 p.m. If the parties are unable to agree, they shall submit separate proposals by that time.

2

Dated: March 31, 2023

_____
UNITED STATES CIRCUIT JUDGE