UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL NINIVAGGI, JAKE MICKEY, CAILIN NIGRELLI, and HANNAH RUSSO, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　*Plaintiffs*,<br><br>　　v.<br><br>UNIVERSITY OF DELAWARE,<br><br>　　　　　　　　　*Defendant*. | Civil Action No. 20-cv-1478-SB |

NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF
<u>CLASS ACTION SETTLEMENT</u>

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that upon: (1) the accompanying Memorandum of Law, and (2) the Declaration of Joshua D. Arisohn, and the exhibits attached thereto (including the Parties' Class Action Settlement Agreement), Plaintiffs Michael Ninivaggi, Jake Mickey, Cailin Nigrelli Hannah Russo and Sean Griffin, through their undersigned attorneys, will move this Court, before the Honorable Stephanos Bibas, United States Circuit Court Judge, at the J. Caleb Boggs Federal Building and United States Courthouse, 844 North King Street, Wilmington, Delaware, for an Order, pursuant to Federal Rule of Civil Procedure 23(e): (i) granting preliminary approval of the Class Action Settlement; (ii) provisionally certifying the Settlement Class under Federal Rule of Civil Procedure 23(b)(3) in connection with the settlement process; (iii) appointing Bursor & Fisher, P.A. as Class Counsel; (iv) appointing Plaintiffs as the Class Representatives for the Settlement Class; (v) approving the Notice Plan for the Class Action Settlement described in the Class Action Settlement Agreement and its Exhibits, as well as the specific Notice of Class Action and Proposed Settlement (the "Proposed Notice"), attached as

Exhibits B-D to the Settlement Agreement, and directing distribution of the Proposed Notice; and (vi) granting such other, further, or different relief as the court deems just and proper.

\* \* \*

A Proposed Preliminary Approval Order is submitted herewith.

Dated:  June 7, 2023                                    Respectfully submitted,

**CHIMICLES SCHWARTZ
KRINER & DONALDSON-SMITH LLP**

   */s/ Robert J. Kriner, Jr.*
Robert J. Kriner, Jr. (#2546)
Scott M. Tucker (#4925)
2711 Centerville Road, Suite 201
Wilmington, DE 19808
(302) 656-2500

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn (admitted *pro hac vice*)
1330 Avenue of the Americas
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jarisohn@bursor.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (admitted *pro hac vice*)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Tel: (305) 330-5512
Facsimile: (305) 676-9006
Email: swestcot@bursor.com

**CROSS & SIMON, LLC**
Christopher P. Simon (No. 3697)
Michael L. Vild (No. 3042)
1105 N. Market Street, Suite 901
P.O. Box 1380
Wilmington, Delaware 19801-1380
(302) 777-4200
csimon@crosslaw.com
mvild@crosslaw.com

**ANASTOPOULO LAW FIRM, LLC**
Eric M. Poulin (admitted *pro hac vice*)
Roy T. Willey, IV (admitted *pro hac vice*)
Blake G. Abbott (admitted *pro hac vice*)
32 Ann Street

                                                Charleston, SC 29403
                                                (843) 614-8888
                                                eric@akimlawfirm.com
                                                roy@akimlawfirm.com
                                                blake@akimlawfirm.com

*Attorneys for Plaintiffs*

Case 1:20-cv-01478-SB   Document 150   Filed 06/07/23   Page 3 of 3 PageID #: 7029