IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PENNY NINIVAGGI, MICHAEL
NINIVAGGI, TODD MICKEY, JAKE
MICKEY, JAMES NIGRELLI, CAILIN
NIGRELLI, and HANNAH RUSSO,
individually and on behalf of all others
similarly situated,

                *Plaintiffs*,

      v.                                              No. 20-cv-1478-SB

UNIVERSITY OF DELAWARE,

                *Defendant*.

**FINAL JUDGMENT DISMISSING WITH PREJUDICE**

AND NOW, this 7th day of November, 2023, for the reasons set forth in this Court's Order, I hereby ORDER that:

This case be dismissed on the merits and with prejudice.

Dated: November 7, 2023

                                                        The Honorable Stephanos Bibas
                                                        United States Circuit Judge